**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In Re Application Of<br><br>MICHAEL HERZOG<br><br>Petitioner, For An Order Pursuant To 28 U.S.C. § 1782 To Obtain Discovery For Use In A Foreign Proceeding | Case No. 1:26-mc-00159 |

**PETITIONER MICHAEL HERZOG'S APPLICATION FOR AN**
**ORDER TO TAKE DISCOVERY PURSUANT TO 28 U.S.C. § 1782**

Petitioner Michael Herzog ("Petitioner" or "Mr. Herzog") respectfully applies to this Court for an Order pursuant to 28 U.S.C. § 1782 (the "Application") based on the accompanying Memorandum of Law, the Declarations of Zachary D. Rosenbaum and Daniel Naftalin, and all exhibits attached thereto, to take discovery from Davison Kempner Capital Management LP ("DKCM") for use in a proceeding currently pending in England (the "English Proceeding").

As set forth in the accompanying Memorandum of Law, the Application meets the three statutory requirements of 28 U.S.C. § 1782. *First*, DKCM "resides" or is "found" within the Southern District of New York. *Second*, the requested discovery is "for use" in the English Proceeding. *Third*, Mr. Herzog is the Claimant in the English Proceeding and thus is an "interested" party.

Not only are the statutory factors satisfied, but the four discretionary factors set out by the United States Supreme Court in *Intel Corp. v. Advanced Micro Devices, Inc.*, weigh in favor of the Court granting discovery here, as further explained in the Memorandum of Law. *See* 542 U.S.241, 264-65 (2004). DKCM is not a party to the English Proceeding; the English tribunal will be

receptive to judicial assistance from a United States court; Petitioner is not attempting to circumvent foreign proof-gathering restrictions; and the discovery sought is narrowly tailored and not intrusive or unduly burdensome.  *See Intel*, 542 U.S. at 241.

Once this Application has been assigned to a Judge of this Court, the Applicants will file a letter motion to seal certain portions of the Memorandum of Law and certain portions of the Declarations of Zachary D. Rosenbaum and Daniel Naftalin.

Petitioner respectfully requests that the Court (i) grant the Application; (ii) enter the Proposed Order; (iii) grant Petitioner leave, pursuant to 28 U.S.C. § 1782, to serve the subpoenas attached to the Declaration of Zachary D. Rosembaum as Exhibits 1 and 2; and (iv) grant any and all further relief to Petitioner as deemed just and proper.

Dated:  April 20, 2026
      New York, NY

                    Respectfully submitted,

                    By: */s/ Zachary D. Rosenbaum*

                    Zachary D. Rosenbaum
                    Alyssa L. Aubuchon
                    zachary.rosenbaum@kobrekim.com
                    alyssa.aubuchon@kobrekim.com
                    KOBRE & KIM LLP
                    800 Third Avenue
                    New York, New York 10022
                    +1 212 488 1200

                    *Attorneys for Petitioner Michael Herzog*