| | |
|---|---|
| In Re Application Of<br><br>MICHAEL HERZOG<br><br>Petitioner, For An Order Pursuant To 28 U.S.C. § 1782 To Obtain Discovery For Use In A Foreign Proceeding | Case No. 1:26-mc-00159 |

**DECLARATION OF ZACHARY D. ROSENBAUM IN SUPPORT OF**
**THE APPLICATION FOR AN ORDER TO TAKE DISCOVERY**
**PURSUANT TO 28 U.S.C. § 1782**

ZACHARY D. ROSENBAUM, pursuant to 28 U.S.C. § 1746, hereby declares:

1. I am an attorney admitted to practice in New York and a partner at the law firm Kobre & Kim LLP, counsel for Michael Herzog in the above-captioned proceeding.

2. I submit this Declaration in support of Michael Herzog's ("Petitioner" or "Mr. Herzog") for an Order Pursuant to 28 U.S.C. § 1782 To Obtain Discovery For Use In A Foreign Proceeding (the "Application").

3. Attached hereto as **Exhibit 1** is a proposed subpoena for the production of documents to be served on Davidson Kempner Capital Management LP ("DKCM").

4. Attached hereto as **Exhibit 2** is a proposed corporate representative deposition subpoena to be served on DKCM.

5. Attached hereto as **Exhibit 3** is the Claim Form and Grounds of Complaint filed by Mr. Herzog in the London Central Employment Tribunal of England and Wales against Respondents Davidson Kempner European Partners, LLP ("DKEP"), Davidson Kempner Solutions Cayman LP ("DK Solutions"), and Anthony Yoseloff on April 2, 2026 at Case No.

6011625/2026 (the "Complaint").

6. Attached hereto as **Exhibit 4** is what I understand to be ███████████ ████████████████████████████████████████████████████████████ ███████████████████████████████████████

7. Attached hereto as **Exhibit 5** is a true and correct copy of the SEC Company Information Page for DKCM, which is available at https://www.sec.gov/edgar/browse/?CIK=1595082 and then by clicking on the plus sign on the left of "Company Information" (last accessed April 7, 2026), identifying DKCM's principal location within this District at 9 West 57th St, New York, 29th Floor, New York, NY10019.

8. We understand that Gregory Laufer at the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP represented DKCM in connection with Mr. Herzog's separation from Davidson Kempner and therefore will be providing him, via email, with a copy of the Application and all supporting papers after this filing.

I declare under penalty of perjury under the laws of the United States of America that the foregoing Declaration is true and correct.

Executed on April 20, 2026
New York, NY

/s/ Zachary D. Rosenbaum
Zachary D. Rosenbaum