# EXHIBIT 5

Home » Company Search

# DAVIDSON KEMPNER CAPITAL MANAGEMENT LP

## [-] Company Information

**CIK:** (Central Index Key)
0001595082

**EIN:** (Employer Identification Number)
13-3863161

**Business address:**
9 WEST 57TH STREET, 29TH FLOOR, NEW YORK, NY, 10019
*Phone:* 212-446-4000

**Mailing address:**
9 WEST 57TH STREET, 29TH FLOOR, NEW YORK, NY, 10019

**Filings:**
490 EDGAR filings since May 15, 2014

Get insider transactions for this **reporting owner**

**State location:**
NY

**State of incorporation:**
DE

## Filings

| All | Search table | From Date (yyyy-mm-dd) | To Date (yyyy-mm-dd) | Clear |

| Keywords | Search text in documents |

Show columns: ☑ Form type  ☑ Form description  ☑ Filing date  ☑ Reporting date  ☐ Act  ☐ Film number  ☐ File number  ☐ Accession number  ☐ Size

Copy to clipboard  CSV  Excel  Print  📶 RSS feed

| Form type ↑↓ | Form description | | |
| --- | --- | --- | --- |
| SCHEDULE 13D/A | Schedule filed to report acquisition of beneficial ownership of more than 5% of a class of equity securities - *amendment* Filing | 2026-03-24 | |
| 4 | Statement of changes in beneficial ownership of securities Filing | 2026-03-24 | 2026-03-20 |
| 144 | Report of proposed sale of securities Filing | 2026-03-20 | |
| SCHEDULE 13G | Schedule filed by certain investors to report beneficial ownership of more than 5% of a class of equity securities Filing | 2026-02-23 | |
| 13F-HR | Quarterly report filed by institutional managers, Holdings Filing | 2026-02-17 | 2025-12-31 |
| 13F-HR/A | Quarterly report filed by institutional managers, Holdings - *amendment* Filing | 2026-02-17 | 2025-09-30 |
| 13F-HR/A | Quarterly report filed by institutional managers, Holdings - *amendment* Filing | 2026-02-17 | 2025-09-30 |
| 13F-HR/A | Quarterly report filed by institutional managers, Holdings - *amendment* Filing | 2026-02-17 | 2025-06-30 |
| 13F-HR/A | Quarterly report filed by institutional managers, Holdings - *amendment* Filing | 2026-02-17 | 2025-06-30 |
| 13F-HR/A | Quarterly report filed by institutional managers, Holdings - *amendment* Filing | 2026-02-17 | 2025-03-31 |
| 13F-HR/A | Quarterly report filed by institutional managers, Holdings - *amendment* Filing | 2026-02-17 | 2025-03-31 |
| 13F-HR/A | Quarterly report filed by institutional managers, Holdings - *amendment* Filing | 2026-02-17 | 2025-03-31 |
| 13F-HR/A | Quarterly report filed by institutional managers, Holdings - *amendment* Filing | 2026-02-17 | 2024-12-31 |
| 13F-HR/A | Quarterly report filed by institutional managers, Holdings - *amendment* Filing | 2026-02-17 | 2024-12-31 |
| 13F-HR/A | Quarterly report filed by institutional managers, Holdings - *amendment* Filing | 2026-02-17 | 2024-12-31 |
| 13F-HR/A | Quarterly report filed by institutional managers, Holdings - *amendment* Filing | 2026-02-17 | 2024-09-30 |
| SCHEDULE 13G/A | Schedule filed by certain investors to report beneficial ownership of more than 5% of a class of equity securities - *amendment* Filing | 2026-02-17 | |

| SCHEDULE 13G | Schedule filed by certain investors to report beneficial ownership of more than 5% of a class of equity securities Filing | 2026-01-30 | |
| SCHEDULE 13G | Schedule filed by certain investors to report beneficial ownership of more than 5% of a class of equity securities Filing | 2026-01-29 | |
| SCHEDULE 13G | Schedule filed by certain investors to report beneficial ownership of more than 5% of a class of equity securities Filing | 2026-01-16 | |
| 13F-HR | Quarterly report filed by institutional managers, Holdings Filing Amendments | 2025-11-14 | 2025-09-30 |
| 13F-HR/A | Quarterly report filed by institutional managers, Holdings - *amendment* Filing | 2025-11-14 | 2025-06-30 |
| 13F-HR/A | Quarterly report filed by institutional managers, Holdings - *amendment* Filing | 2025-11-14 | 2025-06-30 |
| 13F-HR/A | Quarterly report filed by institutional managers, Holdings - *amendment* Filing | 2025-11-14 | 2025-06-30 |
| 13F-HR/A | Quarterly report filed by institutional managers, Holdings - *amendment* Filing | 2025-11-14 | 2025-03-31 |
| 13F-HR/A | Quarterly report filed by institutional managers, Holdings - *amendment* Filing | 2025-11-14 | 2025-03-31 |

Showing 1 to 32 of 490 entries

Data source: CIK0001595082.json