**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In Re Application Of<br><br>MICHAEL HERZOG<br><br>Petitioner, For An Order Pursuant To 28 U.S.C. § 1782 To Obtain Discovery For Use In A Foreign Proceeding | Case No. 1:26-mc-00159 |

**[PROPOSED] ORDER GRANTING**
**PETITIONER MICHAEL HERZOG'S APPLICATION TO TAKE**
**DISCOVERY PURSUANT TO 28 U.S.C. § 1782**

This cause came before the Court upon the Application of Michael Herzog for an Order Pursuant to 28 U.S.C. § 1782 to Obtain Discovery for Use In A Foreign Proceeding (the "Application"). *See* ECF No. 1. The Court, having considered the Application, the supporting Memorandum of Law, and accompanying Declarations and exhibits thereto, and otherwise being fully advised, finds that the Application should be GRANTED.

The Court further finds as follows:

i) Petitioner has met the statutory requirements for granting the requested judicial assistance under Section 1782;

ii) The proposed subpoena respondent resides or is found in the Southern District of New York;

iii) The discovery sought is for use the pending English Proceeding described in the Memorandum of Law;

iv) Petitioner is an interested person in the English Proceeding within the meaning of Section 1782;

v) Having considered the Memorandum of Law, the supporting Declarations and the exhibits attached thereto, the discretionary factors set forth by the United States Supreme Court in *Intel Corp. v. Advanced Micro Devices, Inc.*, 542 U.S. 241 (2004), and all other relevant factors, the Court is exercising its discretion to grant discovery under Section 1782.

Accordingly, it is hereby **ORDERED** and **ADJUDGED** as follows:

1) The Application is GRANTED.

2) Mr. Herzog is authorized to serve on Davidson Kempner Capital Management LP ("DKCM") a subpoena for the production of documents in substantially the same form as the subpoena attached as Exhibit 1 to the Declaration of Zachary D. Rosenbaum;

3) Mr. Herzog is authorized to serve on DKCM a subpoena for corporate representative deposition in substantially the same form as the subpoena attached as Exhibit 2 to the Declaration of Zachary D. Rosenbaum;

4) DKCM shall respond to the subpoena for the production of documents within fourteen (14) days of service of the subpoena as required under the Federal Rules of Civil Procedure and the Local Rules of the United States District Court for the Southern District of New York;

5) DKCM must substantially complete its document production within thirty (30) days of the service of the subpoena;

6) DKCM must make its corporate representative available for deposition within thirty (30) days of the substantial completion of DKCM's production of documents;

7)      Until further order by this Court, DKCM shall preserve all documents and evidence, electronic or otherwise, in its possession, custody, or control that contain information potentially relevant to the subject matter of the document requests in the subpoena;

8)      This Order is without prejudice to the rights of DKCM to file a motion to vacate or quash the subpoena. Any motion to quash or vacate must be made within fourteen (14) days of service of the subpoena and must be accompanied by a declaration that counsel have met and conferred regarding any objections to the subpoena; and

9)      This Court shall retain such jurisdiction as is necessary to effectuate the terms of the subpoena.

It is so ordered, this _____ day of _____, 2026.

_____
**UNITED STATES DISTRICT COURT JUDGE**