**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In Re Application Of<br><br>MICHAEL HERZOG<br><br>Petitioner, for an Order Pursuant to<br>28 U.S.C. § 1782 to Obtain Discovery for Use<br>in a Foreign Proceeding | **NOTICE OF APPEARANCE**<br><br>Case No. 1:26-mc-00159 |

To:    The Clerk of Court and All Parties of Record:

Please enter my appearance as counsel of record for Petitioner Michael Herzog.  I

certify that I am admitted to practice in this Court.


Date: April 20, 2026
New York, New York

Respectfully submitted,

/s/ *Alyssa L. Aubuchon*

Alyssa Aubuchon
alyssa.aubuchon@kobrekim.com

KOBRE & KIM LLP
800 Third Avenue
New York, NY 10022
Telephone: +1 212 488 1200
Fax: +1 212 488 1220


*Counsel for Michael Herzog*