UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
                                                        :
In Re Application of                                    :          26-MC-159 (VSB)
                                                        :
MICHAEL HERZOG                                          :          **<u>ORDER OF REFERENCE</u>**
                                                        :
Petitioner, For An Order Pursuant To 28 U.S.C. :
§ 1782 To Obtain Discovery For Use In A                 :
Foreign Proceeding                                      :
-------------------------------------------------------- X

<u>VERNON S. BRODERICK, United States District Judge</u>:

      The above-entitled action is referred to the designated Magistrate Judge for the following purposes:

| | | | |
|---|---|---|---|
| _X_ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ____ | Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| _X__ | Specific Non-Dispositive Motion/Dispute: Doc. 1 Application for an Order Pursuant to 28 U.S.C. § 1782 | ____ | Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) Purpose: _____ |
| ____ | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: | ____ | Habeas Corpus |
| ____ | Settlement | ____ | Social Security |
| ____ | Inquest After Default/Damages Hearing | __ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) |

SO ORDERED.
Dated:      April 24, 2026
          New York, New York

                               Vernon S. Broderick
                               United States District Judge