**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| *Michael Herzog,* <br><br>            Petitioner, <br><br>            *v.* <br><br> *Davidson Kempner Capital Management LP,* <br><br>            Respondent. | Case No. 1:26-mc-00159-VSB-GS |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that the undersigned, of the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP, is hereby entering an appearance as counsel of record for Respondent Davidson Kempner Capital Management LP in the above-captioned matter.

Dated:      New York, New York
             April 29, 2026

                                Respectfully submitted,

                                PAUL, WEISS, RIFKIND, WHARTON &
                                 GARRISON LLP

                                */s/ Gregory F. Laufer*
                                Gregory F. Laufer
                                1285 Avenue of the Americas
                                New York, New York 10019-6064
                                Phone:  (212) 373-3441
                                Fax:  (212) 492-0441
                                glaufer@paulweiss.com

                                *Counsel for Respondent Davidson Kempner Capital*
                                *Management LP*

1