**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| *Michael Herzog,* | |
| Petitioner, | Case No. 1:26-mc-00159-VSB-GS |
| *v.* | **CORPORATE DISCLOSURE STATEMENT** |
| *Davidson Kempner Capital Management LP,* | |
| Respondent. | |

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Respondent Davidson Kempner Capital Management LP ("DK") certifies that DK, a limited partnership organized under the laws of Delaware, has no parent corporation and no publicly held corporation owns 10% or more of DK.

Dated:       New York, New York
             April 29, 2026

Respectfully submitted,

PAUL, WEISS, RIFKIND, WHARTON &
 GARRISON LLP

*/s/ Gregory F. Laufer*
Gregory F. Laufer
1285 Avenue of the Americas
New York, New York 10019-6064
Phone:  (212) 373-3441
Fax:  (212) 492-0441
glaufer@paulweiss.com

*Counsel for Respondent Davidson Kempner Capital Management LP*

1