# PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

1285 Avenue of the Americas
New York, NY 10019-6064
+1 212 373 3000

**Gregory F. Laufer**
**Phone:** +1 212 373 3000
**Email:** glaufer@paulweiss.com

Brussels
Hong Kong
London
Los Angeles
San Francisco
Tokyo
Toronto
Washington, D.C.
Wilmington

April 29, 2026

**<u>VIA ECF</u>**

Honorable Gary Stein
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

APPLICATION GRANTED
SO ORDERED _____
VERNON S. BRODERICK
U.S.D.J. 4/29/2026

Re:     *In re Application of Michael Herzog, Case No. 1:26-mc-00159-VSB-GS*

Dear Judge Stein:

We represent Respondent Davidson Kempner Capital Management LP ("DK") in this case. Pursuant to Section I(G) of Your Honor's Individual Practices in Civil Cases, we are submitting this letter motion asking for a seven-day extension of time for DK to respond to Petitioner's Letter Motion to File Portions of Memorandum of Law and Declarations of Zachary L. Rosenbaum and Daniel Naftalin Under Seal ("Letter Motion to Seal"), Dkt. No. 9.

This is DK's first request for an extension of time to respond to the Letter Motion to Seal. The extension of time will allow DK additional time to review the record and allow the parties to meet and confer on confidentiality issues. The requested extension will not affect any other deadlines in this action, particularly since the parties are continuing to meet and confer on a briefing schedule with respect to Petitioner's discovery application and since the UK proceeding to which this action relates does not, as Petitioner has observed, have a hearing until the latter half of 2027.

When we contacted Petitioner to ask for his position about this extension request, Petitioner's counsel stated in writing as follows: "To be clear, we have no objection to your need for an extra week." Nonetheless, Petitioner conditioned his consent on DK's agreement now to Petitioner filing a reply by May 11. DK declined this request as premature, and noted that Petitioner would be free to seek leave to file a reply.

Accordingly, DK respectfully requests that Your Honor extend DK's deadline to respond to Petitioner's Letter Motion to Seal from April 30, 2026, to May 7, 2026.

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP                                                            2

Respectfully submitted,
*/s/ Gregory F. Laufer*
Gregory F. Laufer

*Counsel for Respondent Davidson Kempner
Capital Management LP*

cc: All counsel of record (by ECF)