**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| *Michael Herzog,* | |
| Petitioner, | |
| *v.* | Case No. 1:26-mc-00159-VSB-GS |
| *Davidson Kempner Capital Management LP*, | |
| Respondent. | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned, of the law firm of Paul, Weiss, Rifkind,

Wharton & Garrison LLP, is hereby entering an appearance as counsel of record for

Respondent Davidson Kempner Capital Management LP in the above-captioned matter.


Dated:     New York, New York
           May 5, 2026

                              Respectfully submitted,

                              PAUL, WEISS, RIFKIND, WHARTON &
                               GARRISON LLP

                              */s/ Phoebe H. King*
                              Phoebe H. King
                              1285 Avenue of the Americas
                              New York, New York 10019-6064
                              Phone:  (212) 373-2288
                              Fax:  (347) 438-3036
                              pking@paulweiss.com

                              *Counsel for Respondent Davidson Kempner Capital*
                              *Management LP*

1