# PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

Brussels
Hong Kong
London
Los Angeles
San Francisco
Tokyo
Toronto
Washington, D.C.
Wilmington

1285 Avenue of the Americas
New York, NY 10019-6064
+1 212 373 3000

**Gregory F. Laufer**
**Phone:** +1 212 373 3441
**Email:** glaufer@paulweiss.com

May 5, 2026

**<u>VIA ECF</u>**

Honorable Gary Stein
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:     *In re Application of Michael Herzog, Case No. 1:26-mc-00159-VSB-GS*

Dear Judge Stein:

Pursuant to Section I(G) of Your Honor's Individual Practices in Civil Cases, Petitioner Michael Herzog and Respondent Davidson Kempner Capital Management LP ("DK") submit this joint letter requesting that the Court enter the following briefing schedule in connection with Petitioner's Application for an Order to Take Discovery Pursuant to 28 U.S.C. § 1782 (the "Application"), Dkt. No. 1:

- DK's deadline to file an Opposition to Petitioner's Application is extended from May 11, 2026, to June 25, 2026.

- Petitioner's deadline to file a Reply in Support of the Application is extended from May 18, 2026, to July 29, 2026.

This is the parties' first request extending briefing deadlines in connection with the Application. The extension of time will allow the parties additional time to review the record and meet and confer. The extension will not affect any other case deadlines. Accordingly, the parties respectfully request that Your Honor enter the above briefing schedule.

Respectfully submitted,

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

*/s/ Gregory F. Laufer*
Gregory F. Laufer
Phoebe H. King
1285 Avenue of the Americas
New York, NY  10019-6064
Telephone: (212) 373-3000
glaufer@paulweiss.com
pking@paulweiss.com

*Counsel for Respondent Davidson
Kempner Capital Management LP*

**KOBRE & KIM LLP**

*/s/ Zachary Rosenbaum*
Zachary Rosenbaum
Alyssa Aubuchon
800 Third Avenue
New York, NY 10022
Telephone: 212-488-1200
Zachary.Rosenbaum@kobrekim.com
Alyssa.Aubuchon@kobrekim.com

*Counsel for Petitioner Michael Herzog*

cc: All counsel of record (by ECF)