# KOBRE & KIM

800 THIRD AVENUE
NEW YORK, NEW YORK 10022
WWW.KOBREKIM.COM
TEL +1 212 488 1200

May 5, 2026

**<u>VIA ECF</u>**
Hon. Gary Stein
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

   Re: *In re Application of Michael Herzog*, Case No. 1:26-mc-00159

Dear Judge Stein:

  We write on behalf of Petitioner Michael Herzog ("Mr. Herzog" or "Petitioner") in response to this Court's order dated April 29, 2026 (ECF No. 13) disclosing Your Honor's position as a former partner of Schulte Roth & Zabel LLP ("Schulte") and directing Petitioner to consult with Respondent on that subject. In our effort to do so, and consider whether a conflict might exist, we requested that Respondent Davidson Kempner Capital Management LP ("DKCM") provide certain information intended to inform our assessment, since DKCM knows about the scope of services Schulte provided to it over the years.

  DKCM, however, has declined to cooperate, claiming instead that any details about Schulte's representation of DKCM during Your Honor's tenure are irrelevant. We disagree. As DKCM's counsel is aware, a judge "shall disqualify himself" where the judge "or a lawyer with whom he previously practiced law" served "as a lawyer ***concerning the matter***." 28 U.S.C.A. § 455 (b)(2) (emphasis added). Courts in this District interpret the phrase "concerning the matter" to include "any action or activities in which claims, defenses or issues significantly related to those at stake in the pending action have been implicated." *Hoffenberg v. United States*, 333 F. Supp. 2d 166, 174 (S.D.N.Y. 2004).

  As a result, to understand if there is overlap between the subject matter of this proceeding and the matters Schulte handled for DKCM, we informed DKCM's counsel during our meet and confer on May 1 that we would be providing a request for information concerning Schulte's representation of DKCM to help us assess this situation. We sent the letter request later that day. On May 4, counsel for DKCM took the position that details surrounding Schulte's prior

**AMERICAS** (NEW YORK, DELAWARE, MIAMI, SAN FRANCISCO, SÃO PAULO, WASHINGTON DC)
**APAC** (HONG KONG, SEOUL, SHANGHAI), **CARIBBEAN** (BVI, CAYMAN ISLANDS), **EMEA** (CYPRUS, DUBAI, LONDON, TEL AVIV)

KOBRE & KIM REFERS TO KOBRE & KIM LLP, A NEW YORK LIMITED LIABILITY PARTNERSHIP.

May 5, 2026
Page 2

representation of DKCM were not relevant and that Petitioner's information request was not "appropriate." Counsel for DKCM did not explain how Petitioner could otherwise evaluate whether the disqualification standard is implicated here.

The English Proceeding that is the basis for this Section 1782 Application is predicated on allegations of misconduct relating to many different aspects of the Davidson Kempner entities' corporate governance. We understand that Schulte served as regular outside counsel for Davidson Kempner over a course of years. We also understand that Your Honor was a Schulte partner during 2020 to 2023, which is within the specific time period relevant to the English Proceeding and this Section 1782 Application.

At present, Petitioner lacks information sufficient to take an informed position. We are thus constrained to write to the Court on a non-anonymous basis since DKCM, not Petitioner, possesses such information. We likewise feel we have a duty to inquire with DKCM in order to make an informed decision. There is large disparity between DKCM's knowledge and that of Petitioner regarding possible overlap between the subject matter of this proceeding and Schulte's historic representation of DKCM. We are seeking to know if there is such overlap and cannot understand how DKCM believes providing no information is helpful to resolve this issue. We therefore respectfully request that this Court direct DKCM to provide Petitioner with sufficient information, as requested, so that Petitioner can make an informed assessment.

We appreciate the Court's attention to this matter.

Respectfully submitted,

/s/*Zachary D. Rosenbaum*
Zachary D. Rosenbaum
zachary.rosenbaum@kobrekim.com
KOBRE & KIM LLP
800 Third Avenue
New York, New York 10022
T: +1 212 488 1200
F: +1 212 488 1200

*Attorney for Petitioner Michael Herzog*

cc:    Gregory Laufer (glaufer@paulweiss.com)