**Exhibit A**

| Proposed Sealing/Redaction Treatment | | | |
|---|---|---|---|
| **Exhibit Number** | **Docket Number** | **Document** | **Proposed Treatment** |
| Exhibit 2 | Dkt. No. 3 | Petitioner's Memorandum of Law | Redact |
| Exhibit 3 | Dkt. No. 4 | Naftalin Declaration | Redact |
| Exhibit 4 | Dkt. No. 5-1 | Exhibit to Rosenbaum Declaration – Proposed Document Subpoena | Seal |
| Exhibit 5 | Dkt. No. 5-2 | Exhibit to Rosenbaum Declaration – Proposed Deposition Subpoena | Seal |
| Exhibit 6 | Dkt. No. 5-3 | Exhibit to Rosenbaum Declaration – UK Complaint | Seal |
| Exhibit 7 | Dkt. No. 5-4 | Exhibit to Rosenbaum Declaration – Agreement | Seal |