# Exhibit 4
# (Dkt. No. 5-1)
# (Filed Under Seal)