# Exhibit 5
# (Dkt. No. 5-2)
# (Filed Under Seal)