# Exhibit 6
# (Dkt. No. 5-3)
# (Filed Under Seal)