# Exhibit 7
# (Dkt. No. 5-4)
# (Filed Under Seal)