**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| *Michael Herzog,* | |
| Petitioner, | |
| *v.* | Case No. 1:26-mc-00159-VSB-GS |
| *Davidson Kempner Capital Management LP,* | |
| Respondent. | |

**CERTIFICATE OF SERVICE**

I, Gregory F. Laufer, hereby certify and state that on May 7, 2026, I caused a true and correct copy of the following documents to be served on all counsel of record via electronic transmission in accordance with this Court's September 24, 2025 Standing Order regarding the service of sealed documents:

1.      Respondent's May 7, 2026 Letter Motion to File Documents Under Seal/With Redactions, and accompanying Exhibits 1–7.

Dated:      New York, New York
            May 7, 2026

                        Respectfully submitted,

                        */s/ Gregory F. Laufer*
                        Gregory F. Laufer
                        Phoebe H. King
                        Paul, Weiss, Rifkind, Wharton & Garrison LLP
                        1285 Avenue of the Americas
                        New York, NY 10019-6064
                        Telephone: (212) 373-3000
                        glaufer@paulweiss.com
                        pking@paulweiss.com

                        *Counsel for Respondent Davidson Kempner Capital*
                        *Management LP*