# KOBRE & KIM

800 THIRD AVENUE
NEW YORK, NEW YORK 10022
WWW.KOBREKIM.COM
TEL +1 212 488 1200

May 11, 2026

**VIA ECF**
Hon. Gary Stein, U.S.M.J.
United States District Court, Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

   Re: *In re Application of Michael Herzog*, Case No. 1:26-mc-00159

Dear Judge Stein:

  We write on behalf of Petitioner Michael Herzog ("Mr. Herzog" or "Petitioner") with reference to Respondent's May 7, 2026 letter requesting targeted redactions in Petitioner's Section 1782 Application. ECF No. 22. Mr. Herzog continues to take no position regarding whether, or to what extent, materials should be sealed but feels compelled to correct Respondent's unsupported and inaccurate characterization of his motives in bringing the Application. Petitioner brought this Application to obtain evidence in support of the English Proceeding and, in doing so, carefully considered the sealing requirements in this District, along with other precedents for Section 1782 applications. Notably, Respondents' submission seeks to *unseal* certain portions of the record, thus underscoring Petitioner's conservative approach.

      Respectfully submitted,

      */s/Zachary D. Rosenbaum*
      Zachary D. Rosenbaum
      zachary.rosenbaum@kobrekim.com
      KOBRE & KIM LLP
      800 Third Avenue
      New York, New York 10022
      T: +1 212 488 1200
      F: +1 212 488 1200
      *Attorney for Petitioner Michael Herzog*

cc: Gregory Laufer (glaufer@paulweiss.com)

AMERICAS (NEW YORK, DELAWARE, MIAMI, SAN FRANCISCO, SÃO PAULO, WASHINGTON DC)
APAC (HONG KONG, SEOUL, SHANGHAI), CARIBBEAN (BVI, CAYMAN ISLANDS), EMEA (CYPRUS, DUBAI, LONDON, TEL AVIV)

KOBRE & KIM REFERS TO KOBRE & KIM LLP, A NEW YORK LIMITED LIABILITY PARTNERSHIP.