# PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

Brussels
Hong Kong
London
Los Angeles
San Francisco
Tokyo
Toronto
Washington, D.C.
Wilmington

1285 Avenue of the Americas
New York, NY 10019-6064
+1 212 373 3000

**Gregory F. Laufer**
**Phone:** +1 212 373 3441
**Email:** glaufer@paulweiss.com

May 19, 2026

**VIA ECF**

Honorable Gary Stein
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:    *Herzog* v. *Davidson Kempner Capital Management LP*, No. 1:26-mc-00159-VSB-GS

Dear Judge Stein:

We are counsel to Respondent Davidson Kempner Capital Management LP ("DK").  We write to respectfully request that DK be given until Wednesday, May 27, 2026, to file a response to Non-Party Bloomberg L.P.'s Application for Access and Opposition to Respondent's Motion to Redact and Seal.  *See* Dkt. 27.  In addition, and because Bloomberg's letter motion is 5 pages long, we respectfully request that we be permitted to file a response of the same length.

Respectfully submitted,

*/s/ Gregory F. Laufer*
Gregory F. Laufer

cc:    All counsel of record (via ECF)