UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                   :

In Re Application of                   :

                                  :

MICHAEL HERZOG              :         26-MC-159 (VSB)

                                  :

Petitioner, For An Order Pursuant To 28 U.S.C. :      **ORDER**
§ 1782 To Obtain Discovery For Use In A    :
Foreign Proceeding             :
----------------------------------------------------------- X

<u>VERNON S. BRODERICK, United States District Judge</u>:

       This action was initiated by Petitioner Michael Herzog ("Petitioner") through an *ex parte* application for an order compelling discovery from Davidson Kempner Capital Management LP ("DKCM" or "Respondent") pursuant to 28 U.S.C. § 1782.  (Doc. 1 ("§ 1782 Application").)  On April 24, 2026, I referred § 1782 Application to Magistrate Judge Gary Stein, the designated Magistrate Judge on this action.  (Doc. 8.)

       In an order dated April 29, 2026, Magistrate Judge Stein informed the parties that when he was in private practice at Schulte Roth & Zabel LLP ("Schulte") prior to becoming a judge, he did legal work from time to time for the Respondent and its affiliated funds.  (Doc. 13.) However, Magistrate Judge Stein did not do any work related to the underlying facts described in Petitioner's §1782 Application, does not recall any contacts or communications with Petitioner or the DKCM personnel referenced in the §1782 Application, and does not maintain any social or other relationship with any DKCM personnel.  (*Id.*)  Magistrate Judge Stein requested that the parties meet and confer about the prior legal work he did for Respondent and directed the parties to file a letter informing him if either party had an objection to his continued assignment to the matter by May 5, 2026.  (*Id*.)  Counsel for Petitioner wrote to Magistrate Judge Stein indicating that he informed Respondent's counsel that Petitioner required certain information "concerning Schulte's representation of DKCM to help [Petitioner] assess this situation."  (Doc. 20 at 1.)  In

essence, Petitioner requests discovery concerning Schulte's prior representation of Respondent. Although I doubt that recusal would be appropriate under the facts as presented, I do not believe that additional litigation related to Petitioner's discovery requests is in the interest of the parties or to judicial economy. Therefore, I have requested that this matter be transferred to a different magistrate judge. Once a new magistrate judge is designated, I will issue an Amended Order of Reference.

SO ORDERED.

Dated:        May 26, 2026
              New York, New York

Vernon S. Broderick
United States District Judge