UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                              :
In Re Application of                                          :
                                                              :            26-MC-159 (VSB)
MICHAEL HERZOG                                                :
                                                              :        **AMENDED ORDER OF**
Petitioner, For An Order Pursuant To 28 U.S.C.               :            **REFERENCE**
§ 1782 To Obtain Discovery For Use In A                      :
Foreign Proceeding                                           :
-------------------------------------------------------- X

<u>VERNON S. BRODERICK</u>, United States District Judge:

     The above-entitled action is referred to the designated Magistrate Judge for the following purposes:

| | | | |
|---|---|---|---|
| _X_ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ____ | Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| _X__ | Specific Non-Dispositive Motion/Dispute: Doc. 1 Application for an Order Pursuant to 28 U.S.C. § 1782 Doc. 9 Letter Motion to Seal Doc. 22 Letter Motion to Seal Doc. 27 Application for Access | ____ | Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) Purpose: _____ |
| ____ | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____ | ____ | Habeas Corpus |
| ____ | Settlement | ____ | Social Security |
| ____ | Inquest After Default/Damages Hearing | __ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) |

SO ORDERED.
Dated:    May 27, 2026
          New York, New York

                           Vernon S. Broderick
                           United States District Judge