**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| |
|---|
| In Re Application Of |
| MICHAEL HERZOG |
| Petitioner, For An Order Pursuant To 28 U.S.C. § 1782 To Obtain Discovery For Use In A Foreign Proceeding |

Case No. 1:26-mc-00159-VSB-OTW

**REPLY DECLARATION OF ZACHARY D. ROSENBAUM IN FURTHER**
**SUPPORT OF THE APPLICATION FOR AN ORDER TO**
**<u>OBTAIN DISCOVERY PURSUANT TO 28 U.S.C. § 1782</u>**

ZACHARY D. ROSENBAUM, pursuant to 28 U.S.C. § 1746, hereby declares:

1.      I am an attorney admitted to practice in New York and a partner at the law firm Kobre & Kim LLP ("Kobre & Kim"), counsel for Michael Herzog in the above-captioned proceeding.

2.      I submit this Declaration in further support of Michael Herzog's ("Petitioner" or "Mr. Herzog") Application For An Order Pursuant to 28 U.S.C. § 1782 To Obtain Discovery For Use In A Foreign Proceeding (the "Application") from Respondent Davidson Kempner Capital Management LP ("DKCM").

3.      Immediately after our firm filed the Application on April 20, 2026, we sent copies of all papers, both redacted and unredacted, to Greg Laufer, counsel to DKCM at Paul, Weiss, Rifkind, Wharton & Garrison ("Paul Weiss"), along with a document preservation notice identifying, among other things, relevant DKCM personnel.  A true and correct copy of the document preservation notice sent by Kobre & Kim on April 20, 2026, is appended hereto as

**Exhibit 1**.

4.      We also informed counsel for DKCM of our intention to file the unredacted papers under seal as soon as a judge was assigned, and we provided an update later that week.  We filed a provisional sealing application after the case was assigned to Judge Broderick (Dkt.  9) and consented to an extension of time for DKCM to seek permanent sealing (Dkt.  15).

5.      DKCM's counsel purports to characterize communications between our firms in opposition to the Application but does not append any.  I therefore provide a representative sample, in which we responded to accusations and assertions about Mr. Herzog as baseless and not true. *See, e.g.*, **Exhibits 2** and **3,** which are true and correct copies of letters sent by Mr. Laufer to me on May 12 and 13, 2026, respectively; and **Exhibit 4**, which is a true and correct copy of my response letter to Mr. Laufer sent on May 18, 2026.

6.      Kobre & Kim has compiled below a sampling of reporting by news media on other Section 1782 applications in U.S. District Courts, which is commonplace.

7.      Attached hereto as **Exhibit 5** is a true and correct copy of an article published by OffshoreAlert titled "*St. Lucia's AlterBank investigated over 'potential $290M fraudulent transfer,*'" dated June 3, 2026, and available at https://www.offshorealert.com/st-lucias-alterbank-investigated-over-potential-290m-fraudulent-transfer/.

8.      Attached hereto as **Exhibit 6** is a true and correct copy of an article published by OffshoreAlert titled "*Hong Kong Receivers for China Evergrande's ex-CEO hunt for 'hidden assets' in the U.S.*," dated March 30, 2026, and available at https://www.offshorealert.com/hong-kong-receivers-for-china-evergrandes-ex-ceo-xia-haijun-hunt-for-assets-in-u-s/.

9.      Attached hereto as **Exhibit 7** is a true and correct copy of an article published by OffshoreAlert titled "'*Ex-Saudi Intelligence Official' Saad Aljabri seeks U.S. evidence to defend*

*'$5B fraud' lawsuit in Canada*," dated October 29, 2025, and available at https://www.offshorealert.com/ex-saudi-intelligence-official-saad-aljabri-seeks-u-s-evidence-to-defend-5b-fraud-lawsuit-in-canada/.

10.     Attached hereto as **Exhibit 8** is a true and correct copy of an article published by OffshoreAlert titled "*Congolese Construction Firm Commisimpex seeks U.S. evidence for $2.1B French lawsuit against TotalEnergies*," dated October 23, 2025, and available at https://www.offshorealert.com/congolese-construction-firm-commisimpex-seeks-u-s-evidence-for-2-1b-french-lawsuit-against-totalenergies/.

11.     Attached hereto as **Exhibit 9** is a true and correct copy of an article published by OffshoreAlert titled "*Danske Bank investors seek evidence from Promontory Financial Group for '$1B Losses' litigation in Denmark*," dated September 15, 2024, and available at https://www.offshorealert.com/danske-bank-investors-seek-evidence-from-promontory-financial-group-for-1b-losses-litigation-in-denmark/.

12.     Attached hereto as **Exhibit 10** is a true and correct copy of an article published by Bloomberg Tax titled "*Brazilian GM Dealers Lose Fight to Discover US Corporate Records*," dated July 31, 2024, and available at https://news.bloombergtax.com/daily-tax-report/brazilian-gm-dealers-lose-fight-to-discover-us-corporate-records.

13.     Attached hereto as **Exhibit 11** is a true and correct copy of an article published by Bloomberg Law titled "*California Judge Denies HP Bid to Get Nokia Patent License Info*," dated July 17, 2024, and available at https://news.bloomberglaw.com/ip-law/california-judge-denies-hp-bid-to-get-nokia-patent-license-info.

14.     Attached hereto as **Exhibit 12** is a true and correct copy of an article published by Bloomberg Law titled "*Amgen Uses Obscure Law for Info on Novartis Units' Biosimilars*," dated

September 27, 2023, and available at https://news.bloomberglaw.com/ip-law/amgen-uses-obscure-law-for-info-on-novartis-units-biosimilars.

15.    Attached hereto as **Exhibit 13** is a true and correct copy of an article published by the Financial Times titled "*Credit Suisse launches legal action against SoftBank*," dated December 24, 2021, and available at https://www.ft.com/content/f0a984fc-9c97-4cc9-95b0-b530bee6672d?syn-25a6b1a6=1.

16.    Attached hereto as **Exhibit 14** is a true and correct copy of an article published by Bloomberg News titled "*Facebook Resists Handing Over Documents in Genocide Probe*," dated August 19, 2020, and available at https://www.bloomberg.com/news/articles/2020-08-19/facebook-resists-handing-over-documents-in-genocide-probe.

I declare under penalty of perjury under the laws of the United States of America that the foregoing Declaration is true and correct.

Executed on July 29, 2026
New York, NY

/s/ Zachary D. Rosenbaum
Zachary D. Rosenbaum