# EXHIBIT 2

# PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

Brussels
Hong Kong
London
Los Angeles
San Francisco
Tokyo
Toronto
Washington, D.C.
Wilmington

1285 Avenue of the Americas
New York, NY 10019-6064
+1 212 373 3000

**Gregory F. Laufer**
**Phone:** +1 212 373 3441
**Email:** glaufer@paulweiss.com

May 12, 2026

**<u>By Email</u>**

Zachary D. Rosenbaum
Kobre & Kim
800 Third Avenue
New York, NY 10022
Zachary.Rosenbaum@kobrekim.com

Re:    *In re Application of Michael Herzog, Case No. 1:26-mc-00159-VSB-GS*

We are writing in connection with the letter you submitted to the Court yesterday purporting to continue to take no position on whether certain materials you filed in connection with your client's § 1782 application should continue to be shielded from public view, and representing to the Court that your client took a "conservative approach."  That representation is inconsistent with the facts.

As we noted to the Court in our May 7, 2026 letter (ECF No. 22), press reports appeared shortly after your client's filing.  We have now raised this issue with you on multiple occasions and have not received a direct response.  We therefore put the question to you plainly:  are you denying that your client, whether on his own or through his agents, communicated with the media about his filing?  The answer is yes or no.

Whatever the case, we note that your client's conduct has been and continues to be anything but "conservative," just as we have every reason to believe that your letter to the Court is intended to manufacture a record that your client has abided by his contractual and other obligations—which he decidedly has failed to do.  We also request that your client preserve all communications, including through agents, with any member of the media relating to this proceeding.

Sincerely,

*/s/ Gregory F. Laufer*
Gregory F. Laufer