# EXHIBIT 3

# PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

Brussels
Hong Kong
London
Los Angeles
San Francisco
Tokyo
Toronto
Washington, DC
Wilmington

1285 Avenue of the Americas
New York, NY 10019-6064
+1 212 373 3000

**Gregory Laufer**
**Direct Dial:** +1 212 373 3441
**Email:** glaufer@paulweiss.com

May 13, 2026

**<u>By Email</u>**

Zachary D. Rosenbaum
Kobre & Kim
800 Third Avenue
New York, NY 10022
zachary.rosenbaum@kobrekim.com

### *Re:   In re Application of Michael Herzog, Case No. 1:26-mc-00159-VSB-GS*

We are writing on behalf of Davidson Kempner.  We saw that another *Bloomberg* article was published today about the sealing letter we submitted to the Court last Thursday.  Your client and/or his agents is/are no doubt the impetus for the article.  Please make sure he/or they preserve(s) all documents and communications (including text messages, of course) related to the article, and please confirm in writing within 24 hours from now that this is being done.

Sincerely,

*/s/ Gregory F. Laufer*
Gregory F. Laufer