# EXHIBIT 4

# KOBRE & KIM

800 THIRD AVENUE
NEW YORK, NEW YORK 10022
WWW.KOBREKIM.COM
TEL +1 212 488 1200

May 18, 2026

**<u>VIA Email</u>**

Gregory Laufer
1285 Avenue of the Americas
New York, NY 10019-6064
glaufer@paulweiss.com

RE:        *<u>In re Application of Michael Herzog</u>*, Case No. 1:26-mc-00159

Dear Counsel:

We write in response to your letters dated May 12 and May 13, 2026.  It is unclear why you continue to make baseless accusations about Mr. Herzog's conduct and demand information to which you are not entitled.  In any event, no matter how many times you make them, your assertions about Mr. Herzog are not true.  And, in contrast to Mr. Herzog, your client has now made at *least four statements* to various media outlets.

On April 20, just a few hours after Mr. Herzog's public application was filed, this action was first reported on by OffshoreAlert, an "investigative intelligence" firm that actively "monitor[s] offshore and onshore courts" to identify "red flags in high-value international finance."[1] We do not know how OffshoreAlert learned of this action, but can only assume that they simply "monitor[ed]" the public docket, which they say is their standard practice. We note that your client provided a statement in the April 20 article:

> The claims are without merit. Davidson Kempner has acted entirely properly at all times, and will robustly defend its position. Tony Yoseloff is an individual of the highest integrity and has acted to the highest standards.[2]

---

[1] Ex-Cayman & U.K. partner of Davidson Kempner files 'whistleblower retaliation' complaint after 'dismissal' - OffshoreAlert (April 20 Article); About OffshoreAlert - OffshoreAlert (last visited May 13, 2026).
[2] Ex-Cayman & U.K. partner of Davidson Kempner files 'whistleblower retaliation' complaint after 'dismissal' - OffshoreAlert (April 20 Article).

**AMERICAS** (NEW YORK, DELAWARE, MIAMI, SAN FRANCISCO, SÃO PAULO, WASHINGTON DC)
**APAC** (HONG KONG, SEOUL, SHANGHAI), **CARIBBEAN** (BVI, CAYMAN ISLANDS), **EMEA** (CYPRUS, DUBAI, LONDON, TEL AVIV)

KOBRE & KIM REFERS TO KOBRE & KIM LLP, A NEW YORK LIMITED LIABILITY PARTNERSHIP.

May 18, 2026
Page 2

The next day, on April 21, Bloomberg News ran a similar story, which also relied entirely on information contained in public filings.[3] Your client reiterated the above statement.

On April 22, your client provided the following false statement to Hedge Week:

Davidson Kempner and Tony Yoseloff, its Managing Partner, unequivocally deny the recent allegations made by Michael Herzog, who left Davidson Kempner of his own volition more than a year ago. This is a classic case of sour grapes in a contractual dispute with a disgruntled former colleague, reflecting his dissatisfaction with historic management decisions. Davidson Kempner and Mr. Yoseloff intend to vigorously defend against these contrived grievances, which appear to be Mr. Herzog's latest attempt in his long-running campaign to inflate the amounts otherwise payable to him on his departure from the firm.[4]

As is clear from the Grounds of Complaint filed in the English Proceeding, Mr. Herzog's legal action is far from "a classic case of sour grapes" or the complaints of a "disgruntled former colleague." Nearly 18 months before these actions were filed, Mr. Herzog resigned from Davidson Kempner stating that his "repeated attempts" to express concerns "regarding the management and operation of the firm over the past five years" had "largely fallen on deaf ears" or were "rejected out of hand." Ex. A [10/30/2024 Email]. Mr. Herzog thus felt that he "h[ad] no choice but to depart" from the Firm. *Id.* Mr. Herzog thereafter exited the Firm without the typical retirement benefits, including a four-year earnout payment of up to $120 million. Mr. Herzog and the Firm were subsequently unable to reach any mutually agreeable terms for his departure, and as a result, Mr. Herzog still has around $80 million in personal funds invested in the Firm. It is thus clear that these proceedings are not the post-hoc "sour grapes" of a "disgruntled" former partner. They are the natural consequence of Mr. Herzog's years-long effort to blow the whistle on Mr. Yoseloff's misconduct and the Firm's retaliation.

On May 13, Bloomberg News ran a follow-on story, this time reporting on content filed publicly *by your client*.[5] Your client then reiterated the above false statement, now to Bloomberg News, which was published in that article.

Your client has thus provided at least four statements to at least three different media outlets, including two false statements, while wrongfully accusing Mr. Herzog of being the reason for media reporting about filings on the Court's *public* docket. Davidson Kempner is the "impetus" here and its interactions with the media only reinforce that point. We request that your client and its agents preserve all documents and communications (including text messages and other forms of electronic messaging) related to all four articles discussed above.

---

[3] Davidson Kempner Ex-Trader Says He Blew Whistle, Was Ousted - Bloomberg (April 21 Article).
[4] https://www.hedgeweek.com/former-davidson-kempner-trader-alleges-whistleblowing-led-to-exit-in-legal-dispute/ (April 22 Article).
[5] Ex-Partner Alleges Davidson Kempner CIO Engaged in 'Wide-Ranging Misconduct' - Bloomberg (May 13 Article).

May 18, 2026
Page 3

Finally, we have already confirmed on April 28 that "Mr. Herzog and his representatives in connection with this matter have been made aware of and instructed to comply with applicable preservation measures." 4/28/26 Letter.

Regards,

/s/ *Zachary D. Rosenbaum*

| | |
|---|---|
| **From:** | Michael Herzog <mherzog@dkp.com> |
| **Sent:** | Wednesday, October 30, 2024 8:51 AM |
| **To:** | Anthony Yoseloff |
| **Cc:** | Michael Herzog (michaelsherzog@gmail.com); Shulamit Leviant |
| **Subject:** | Notice to retire. |
| **Attachments:** | Notice of Intent to Retire_ (002).docx |

Dear Tony,

Please see attached my notice of intent to retire (the "**Notice**") marked for the attention of Shulamit Leviant.
Based on the relevant legal documentation (and as set out in the Notice) I shall retire on 31 January 2025.

Whilst I still immensely enjoy the work at DK and care greatly about the firm, I have reached the clear conclusion that under the current circumstances I have no choice but to depart.  Despite repeated attempts to express to you the concerns I have regarding the management and operation of the firm over the past five years, they have largely fallen on deaf ears or have been rejected out of hand and remain unresolved.  Unfortunately, this neglect has already resulted in a series of events that have hurt the partnership and the firm's prospects. Finally, I see little evidence that there is any real desire to make the tough decisions to change the situation.

There are various issues relating to my retirement that will need to be resolved as a matter of urgency. The twenty-three years I have worked at DK have been truly invaluable and rewarding to me on many levels and joining the firm in 2001 was the best decision I ever made.  I am therefore keen to agree on retirement terms that will be in the best interests of all parties involved, including the firms.

I trust that you will appreciate that it is now incumbent on you to engage with me in good faith regarding the terms of my departure to ensure that any disruption to the firm arising from my retirement will be minimised to the greatest extent possible. I look forward to discussing those matters with you as soon as possible with a view to agreeing my retirement terms in short order.

Regards,

Michael.

Michael Herzog
Partner
DavidsonKempner European Partners, LLP
Office +44 (0)20 7292 6750 | mherzog@dkp.com
1 New Burlington Place, 3rd Floor | London W1S 2HR

---

NOTICE

The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited.

This communication is not an offer or solicitation for the purchase or sale of any financial instrument or as an official confirmation of any transaction. All market prices, data and other information are not warranted as to completeness or accuracy and are subject to change without notice. Any comments or statements made herein do not necessarily reflect those of Davidson Kempner European Partners, LLP, its members and affiliates.

Davidson Kempner European Partners, LLP is registered in England and Wales (No. OC308054) and is authorised and regulated by the Financial Conduct Authority. Registered Office: 4th Floor Phoenix House, 1 Station Hill, Reading, Berkshire RG1 1NB.