# EXHIBIT 5



JUNE 3, 2026

# St. Lucia's AlterBank investigated over 'potential $290M fraudulent transfer'



Four of the six AlterBank discovery targets

**RELATED CONTENT**

- The Bank of New York Mellon v. Alter Bank Ltd. et al: Discovery Application (Mexico) <https://www.offshorealert.com/bank-of-new-york-mellon-v-alterbank-ltd-et-al-discovery-application-mexico/>
- Plenisfer Investments SICAV v. TV Azteca SAB de CV et al: Chapter 11 Petition (Involuntary) <https://www.offshorealert.com/plenisfer-investments-sicav-v-tv-azteca-sab-de-cv-et-al-chapter-11-petition/>

The trustee of debt exceeding $630 million issued by insolvent Mexican media company TV Azteca, which is part of a group headed by Ricardo Salinas, is seeking evidence from Saint Lucia-licensed AlterBank and "six current and former AlterBank directors and officers" for an investigation into "a potential $290 million fraudulent transfer".

The Bank of New York Mellon, "as Trustee for Senior Notes issued by the Mexican media company TV Azteca" pursuant to which BNY claims to be owed "more than $630 million", filed an application to take discovery from Alter Bank Limited, d.b.a. AlterBank, of Saint Lucia; Blas Santander, Alexander

Manage consent

Soroka, Timothy Richards, Alejandro Cespedes, Julio Luis Santander, and Juan Ramirez at federal court in Miami yesterday.

"This ex parte application under 28 U.S.C. § 1782 seeks U.S. discovery into a potential $290 million fraudulent transfer at issue in a Mexican bankruptcy proceeding," it was stated in the application. "The Bank of New York Mellon acts here as Trustee for Senior Notes issued by the Mexican media company TV Azteca. TV Azteca has been in default on the Notes since 2022 and owes the Trustee more than $630 million. In March 2026, TV Azteca filed a petition to begin "*concurso mercantil*" insolvency proceedings in Mexico. But just five weeks before that filing, TV Azteca entered into a $290 million secured loan agreement with AlterBank Limited – a St. Lucian "international bank" connected to prior fraudulent transfers and criminal activity. TV Azteca and AlterBank then amended the loan agreement *four days* before TV Azteca filed its insolvency petition. The Trustee's investigation suggests that AlterBank lacked the funds to make such a large loan by itself, and TV Azteca has repeatedly sought to conceal information concerning the loan from the Trustee. The available evidence thus suggests that the AlterBank loan may be a fraudulent transfer.

"Accordingly, the Trustee seeks U.S. discovery so it can pursue fraudulent-transfer claims in the *concurso* proceedings. Six former and current AlterBank directors and officers reside and conduct AlterBank's business in this District, and the Trustee seeks leave to serve subpoenas relating to the TV Azteca loan on those individuals and AlterBank itself. The Trustee's proposed subpoenas satisfy all requirements for discovery under § 1782."

Research by OffshoreAlert showed that, on its website at www.alterbank.com, AlterBank is described as "a bank that specializes in providing personalized tailored financial services". The website does not have a section identifying its officers or directors but, in press releases in the 'Knowledge' section, AlterBank's CEO and General Manager were identified as Antonio José Romero Esclusa and Aurea Lafeuillee, respectively. According to their LinkedIn profile, Romero Esclusa is based in Panama, and  Lafeuillee in Saint Lucia. In other LinkedIn profiles, Miami-based Blas Santander is identified as Alter Bank's "Co-Founder/Managing Director/Chief Business Officer"; Panama-based Juan Guillermo Schutte Davidovits as "Chief Operating Officer"; Miami-based Cristobal Lopez Henriquez as "Chief Business Development Officer"; Florida-based Alexander Soroka, who is President of Riggleman Information and Intelligence Group, as a director, and Saint Lucia-based Myreen Cenac as Compliance Officer. Alter Bank Ltd. was formerly known as Statetrust Bank & Trust Ltd., according to its entry on the website of Saint Lucia's Financial Services Regulatory Authority.

Copyright© 1997-2026 OffshoreAlert. All Rights Reserved. www.offshoreelert.com