# EXHIBIT 6

MARCH 30, 2026

# Hong Kong receivers for China Evergrande's ex-CEO hunt for 'hidden assets' in U.S.



Xia Haijun, former CEO of China Evergrande Group

**RELATED CONTENT**

- Xia Haijun Receivers v. Starcity Holdings LLC et al: Discovery Application (Hong Kong) <https://www.offshorealert.com/xia-haijun-receivers-v-starcity-holdings-llc-et-al-discovery-application-hong-kong/>

The Hong Kong receivers for China Evergrande Group's former CEO Xia Haijun have applied to take discovery in the United States as they hunt for 'hidden assets' to pay allegedly defrauded creditors.

Chan Mei Lan, a.k.a. Galaxy Chan, and Lau So Kim, both of Teneo, filed an application to take discovery from Starcity Holdings LLC and another entity whose name was redacted at federal court in Los Angeles on March 27th.

"In this Application, Ms. Chan Mei Lan and Ms. Lau So Kim of Teneo Asia Limited, seek discovery pursuant to 28 U.S.C. § 1782 in connection with ongoing legal proceedings in Hong Kong brought by China Evergrande Group (In Liquidation) against Mr. Xia Haijun, who is the former CEO and Vice Chairman of CEG," it was stated in the application.

Manage consent

"In 2024, the Court of First Instance of the High Court of Hong Kong ordered that CEG be liquidated after finding that it was unable to pay or restructure its debts. In January 2024, the Hong Kong Court appointed Mr. Edward Simon Middleton and Ms. Wing Tze Tiffany Wong of Alvarez & Marsal Asia Limited as CEG's liquidators with the power to pursue claims on behalf of CEG. In March 2024, CEG, under the control of the Liquidators, brought claims against Mr. Xia and several others for breach of fiduciary duty and other claims. On September 30, 2025, after being presented with evidence that Mr. Xia was hiding assets, the Hong Kong Court appointed the Receivers and directed them, among other things, to investigate Mr. Xia's assets and prevent him from dissipating them. The Receivers seek discovery under 28 U.S.C. § 1782 to perform these Court-directed functions in connection with the Liquidators' action against Mr. Xia.

"In compliance with the Hong Kong Court's directive, the Receivers seek to investigate and identify Mr. Xia's assets by propounding discovery to organizations in the Central District of California which the Receivers believe have relevant information regarding Mr. Xia's assets that is not available in Hong Kong."

Copyright© 1997-2026 OffshoreAlert. All Rights Reserved. www.offshoreelert.com