# EXHIBIT 7



OCTOBER 29, 2025

# 'Ex-Saudi intelligence official' Saad Aljabri seeks U.S. evidence to defend '$5B fraud' lawsuit in Canada



Saad Aljabri

**RELATED CONTENT**

- Saad Aljabri v. 'Former U.S. Government Officials': Discovery Application (Canada) <https://www.offshorealert.com/saad-khalid-aljabri-v-former-u-s-government-officials-discovery-application-canada/>
- New East International Ltd.: Directors (Cayman Islands) <https://www.offshorealert.com/new-east-international-ltd-directors/>
- Sakab Saudi Holding Company et al v. New East International Ltd.: $3.4B Asset Freeze Application (Cayman Islands) <https://www.offshorealert.com/sakab-saudi-holding-company-et-al-v-new-east-international-ltd-asset-freeze-application/>
- Sakab Saudi Holding Company et al v. Citibank et al: Discovery Application (Canada) <https://www.offshorealert.com/sakab-saudi-holding-company-et-al-v-citibank-et-al-discovery-application/>
- Saad Aljabri v. Mohammed bin Salman bin Abdulaziz al Saud et al: Complaint <https://www.offshorealert.com/saad-aljabri-v-mohammed-bin-salman-bin-abdulaziz-al-saud-et-al-complaint/>

Describing himself as "a former senior Kingdom of Saudi Arabia intelligence offi seeking discovery from unidentified "former U.S. government officials" to defen

Manage consent

lawsuit in Canada brought by "entities controlled by Saudi Crown Prince – Mohammed bin Salman".

Aljabri filed a discovery application at federal court in Alexandria, Virginia, on October 27th.

"Dr. Saad is a former senior Kingdom of Saudi Arabia intelligence official who dedicated his career to establishing and bolstering the security partnership between the United States and Saudi Arabia in the face of serious threats to both," it was stated in the application.

"Dr. Saad is currently a defendant in an action in the Superior Court of Justice in Ontario, in which the plaintiffs – entities controlled by Saudi Crown Prince Mohammed bin Salman – falsely allege that Dr. Saad misappropriated funds for his own personal gain. Dr. Saad strongly contests the allegations of fraud, and has asserted, among other defenses, that the payments at issue were made in connection with covert counterterrorism operations and to compensate Dr. Saad for his work on the same."

The application continued: "In July 2025, following the Canadian court's issuance of the Witness Order, counsel for Dr. Saad was contacted by attorneys from the Federal Programs Branch of the Civil Division of the United States Department of Justice. When Counsel for Dr. Saad informed the Department of Justice as a courtesy that he intended to file the instant Section 1782 application, the Department of Justice communicated that it would review those filings and recommended that Dr. Saad "hold on filing" pending that review. After review of the draft application, citing national security concerns the Department of Justice asked counsel for Dr. Saad to remove relevant information from the draft application, including the identities of U.S. Witnesses, key pleadings in the Canadian action, and the Canadian Court's order authorizing the former U.S. security officials' testimony."

The U.S. "also informed counsel for Dr. Saad that it would oppose the forthcoming application", stating that "the information Dr. Saad seeks from the U.S. Witnesses ... is subject to a previously asserted state secrets privilege that has been fully litigated" in the United States District Court for the District of Massachusetts and affirmed by the First Circuit in *Sakab Saudi Holding Co. v. Aljabri* ...".

"Because the testimony is critical to Dr. Saad's ability to defend against the false charges that have been levied against him in the Canadian Action, the Court should find that the previously-asserted state secrets privilege is not a "legally applicable privilege" for purposes of Section 1782 and therefore the application should be granted," it was stated in the application.

The applicant added that "the discovery sought is not unduly burdensome, particularly when weighed against the importance of the testimony to Dr. Saad's defenses and the significant issues at

stake in a trial in which the plaintiffs are seeking in excess of $5 billion in damages. The U.S. Witnesses would not need to appear before April 2026, and could provide their testimony remotely."

Copyright© 1997-2026 OffshoreAlert. All Rights Reserved. www.offshoreelert.com