# EXHIBIT 8

OCTOBER 23, 2025

# Congolese construction firm Commisimpex seeks U.S. evidence for $2B French lawsuit against TotalEnergies



**RELATED CONTENT**

- [Commissions Import-Export S.A. v. New York Stock Exchange LLC et al: Discovery Application (France)](https://www.offshorealert.com/commissions-import-export-s-a-v-new-york-stock-exchange-llc-et-al-discovery-application-france/) <https://www.offshorealert.com/commissions-import-export-s-a-v-new-york-stock-exchange-llc-et-al-discovery-application-france/>

Republic of Congo-domiciled construction firm Commissions Import-Export S.A. is seeking evidence in the United States for a $2.1 billion lawsuit in France against French energy giant TotalEnergies.

Commissions Import-Export, a.k.a. Commisimpex, filed an application to take discovery from New York Stock Exchange LLC, BOFA Securities Inc., MUFG Securities Americas, Inc., Morgan Stanley & Co. LLC, Natixis Securities Americas LLC, SMBC Nikko Securities America, Inc., and Deutsche Bank Securities Inc. at federal court in New York on October 22nd.

Manage consent

"Commisimpex is seeking information to use in a proceeding in a foreign tribunal: Commisimpex's currently ongoing lawsuit against TotalEnergies SE, TotalEnergies Holdings SAS, and TotalEnergies EP Congo pending before the Commercial Court of Nanterre in France," it was stated in the application. "That litigation is proceeding to the merits phase of the litigation after the Versailles Court of Appeals rejected the TotalEnergies Defendants' motion to dismiss on jurisdictional grounds last October, observing that Commisimpex's claim was or a "real and serious character." As plaintiff, Commisimpex is an interested party. It is suing the TotalEnergies Defendants for approximately $2.1 billion USD owed under a 1986 guaranty issued by the Republic of the Congo, which assigned to Commisimpex the right to require that the TotalEnergies Defendants to pay ROC's mining royalties and similar payments directly to Commisimpex to satisfy debts owed by ROC.

"The Respondents have information that will be used in the Guaranty litigation: TotalEnergies SE was required to disclose to Respondents information about this massive liability in connection listing its American Depositary Receipts on the New York Stock Exchange, and such information was also highly relevant to securing underwriters for the issuance of U.S. dollar-denominated Notes by TotalEnergies Capital S.A., guaranteed by TotalEnergies SE. And Respondents or their agents would have conducted their own due diligence regarding the same. Each Respondent resides or can be found in the Southern District of New York within the meaning of § 1782 and Applicant seeks what information they have about the TotalEnergies Defendants' liability under the Guaranty."

Describing the background to the dispute, it was stated that "Commisimpex is a Congolese company that has been engaged in a long-running legal battle concerning debts owed to it by the ROC which are guaranteed by the TotalEnergies Defendants, the successors-in-interest to the original guarantors. What started as contractual obligations of approximately $66 million USD grew to a debt of approximately $194 million USD by September 1992. By the time Commisimpex obtained two ICC arbitral awards recognizing the liability – one in 2000 and a second in 2013 – the debt had grown to approximately €956,971,876. Both arbitral awards have been confirmed in the United States. The TotalEnergies Defendants are now facing possible entry of judgment for those liabilities – plus 12 years of interest – in a case initiated by Commisimpex in the French Commercial Court of Nanterre."

Copyright© 1997-2026 OffshoreAlert. All Rights Reserved. www.offshoreelert.com