# EXHIBIT 9

SEPTEMBER 15, 2024

# Danske Bank investors seek evidence from Promontory Financial Group for '$1B Losses' litigation in Denmark



**RELATED CONTENT**

- CI Investments Inc. et al v. Promontory Financial Group LLC: Discovery Application (Denmark) <https://www.offshorealert.com/ci-investments-inc-et-al-v-promontory-financial-group-llc-discovery-application-denmark/>

Institutional investors who are among a group of over 300 who allegedly collectively lost over $1 billion in stock market losses when Danske Bank's share price plummeted amid a $234 billion "money laundering scandal" are seeking evidence in the United States for litigation in Denmark.

CI Investments Inc., as manager and trustee for and on behalf of First Asset Morningstar International Value Index ETF, "a trustee of a trust established in Ontario, Canada"; Lighthouse Investment Partners LLC, and Stichting Bedrijfstakpensioenfonds voor de Media PNO, described as "a pension fund foundation incorporated in the Netherlands", filed an application to take discovery

Manage consent

from Promontory Financial Group LLC, described as "a global consulting firm" based in Manhattan, at federal court in New York on September 13th.

"The Applicants are investors in Danske securities listed primarily on the NASDAQ Copenhagen stock exchange," it was stated in the application, which was fled on the investors' behalf by Grant & Eisenhofer law firm. "The Applicants suffered significant losses when between February and October 2018 the truth about Danske's money laundering fraud came out."

"The Application seeks discovery from Promontory for use in litigation against Danske Bank A/S in Copenhagen City Court and the Eastern High Court in Denmark. The Danish Actions are based on a series of money laundering activities over a nine-year period from 2007 through 2015 by Danske's Estonian branch, which has been referred to as the largest money laundering scandal in world history, involving an astounding $234 billion worth of suspicious transactions. Promontory was commissioned by Danske to investigate the aforementioned money laundering activities by collecting and analyzing documents, emails and other Danske materials in order to produce draft questions for witness interviews, participate in interviews, and produce a fact-finding report.

"The deposition testimony and documents the Applicants seek to obtain for use in the Danish Actions relate to all aspects of the Danish Actions and are critical in helping the Applicants prove their case. Specifically, the Applicants believe that Promontory's report based on those documents addresses who at Danske knew what and when, with specific references to the Audit Committee, Executive Board, Board of Directors, CEO Thomas Borgen, and other high-level executives, board and executive meetings, internal memos and email communications, etc. These underlying factual documents are believed to be highly probative of Danske's wrongdoing and liability in violation of Danish securities laws and there is no other way than via this Section 1782 proceeding for the Applicants to obtain such evidence from Promontory."

In the underlying litigation, "The claimants, including the Applicants, allege that Danske's central management had knowledge of its branch's money laundering activities for years but took nearly two years to mitigate it and engaged in a years-long cover-up to keep the truth from financial regulators in Estonia and Denmark, and from its investors."

Danske Bank's share price "dropped by almost 50%" between September 2017 and November 2018 when "the full extent and nature of Danske's illegal activity became publicly known", triggering regulatory and criminal proceedings in Denmark and the U.S. that culminated in a $2 billion global settlement in 2022, it was stated in the application.

Copyright© 1997-2026 OffshoreAlert. All Rights Reserved. www.offshoreelert.com