# EXHIBIT 10

Bloomberg Law News 2026-07-21T16:27:27270436374-04:00

# Brazilian GM Dealers Lose Fight to Discover US Corporate Records

By Tristan Navera 2024-07-31T17:47:20000-04:00

- Intel factors mean US defers to Brazilian courts which back GM
- Exact amount in dispute still being determined in Sao Paulo

General Motors Corp.'doesn't have to comply with a discovery request from dealerships looking to recoup overpaid taxes its Brazilian subsidiary recovered in a suit against that country's goverment.

The US Court of Appeals for the Third Circuit sided with the automaker Wednesday in affirming a lower court decision denying claims from 35 dealerships that have been seeking to recoup from the subsidiary the taxes they'd paid their nation on sales of vehicles and parts. The precise amount owed the subsidiary is not yet known. A review by the tax collection agency Receita Federal do Brasil is set to conclude this month.

Banding together under an assignee, SPS Corp I, also known as Fundo de Investimento em Direitos Creditórios Não Padronizados, the dealerships sued GM Brazil in that country three years ago, seeking preliminary discovery of documents that would show how much of the tax overpayments could be recoverable by them.

Brazilian courts ruled they lacked standing and denied their request for preliminary discovery. The dealerships then sued GM in the US District Court for the District of Delaware, trying to attain standing for a preliminary discovery request by using 28 U.S.C. § 1782, a provision for providing assistance to foreign and international tribunals and the litigants before them. The Delaware federal court denied that request, prompting their appeal.

The Third Circuit measured the case using four criteria established in *Intel Corp. v. Advanced Micro Devices Inc.* and found three of the four favored the automaker. Those factors heavily consider whether the American court's granting of discovery would aid in the Brazilian case or undercut it.

US Circuit Judge David J. Porter wrote that some of the information sought isn't in Brazil's jurisdictional reach, and also said the US courts must factor in what the Brazilian courts have



© 2026 Bloomberg Industry Group, Inc. All Rights Reserved. Terms of Service

decided, which thus far has favored GM.

"Brazilian courts have thus far erected a solid wall against SPS's attempts to pursue GM Brazil and none have indicated receptivity to American discovery," Porter wrote.

The panel included judges Stephanos Bibas and Arianna J. Freeman.

MB Scanlon represents SPS Corp. Paul Weiss Rifkind Wharton & Garrison represents General Motors.

The case is SPS Corp. I v. General Motors Co. , 3d Cir., No. 22-3331, 7/31/24 .

To contact the reporter on this story: Tristan Navera in Washington at tnavera@bloombergindustry.com

To contact the editor responsible for this story: Andrew Harris at aharris@bloomberglaw.com

**Bloomberg Law**®

© 2026 Bloomberg Industry Group, Inc. All Rights Reserved. Terms of Service

Brazilian GM Dealers Lose Fight to Discover US Corporate Records

## Related Documents

Opinion

Docket



© 2026 Bloomberg Industry Group, Inc. All Rights Reserved. Terms of Service