# EXHIBIT 11

Bloomberg Law News 2026-07-29T15:14:46233286972-04:00

# California Judge Denies HP Bid to Get Nokia Patent License Info

By Michael Shapiro 2024-07-17T13:18:26000-04:00

- Documents would help HP defend against German lawsuits
- Court denied subpoena request over Nokia unit's non-presence

A California federal judge nixed HP Inc.'s effort to get documents from Nokia Technologies Oy to bolster its defense against German patent infringement lawsuits brought by the Finnish telecom.

Because the relevant Nokia subsidiary "is not 'found' in the Northern District of California" for the purposes of a subpoena statute—which allows foreign courts or litigants to get documents or testimony from a person or company through a federal court in the district where they are based—Judge Beth Labson Freeman denied HP's request for documents in an order Tuesday for the US District Court for the Northern District of California.

Nokia launched proceedings against HP after negotiations for a license for certain standard-essential video-coding patents broke down in 2022, filing actions at the US International Trade Commission and courts in Delaware, Brazil, and Munich.

As part of the ITC battle, HP obtained records from Nokia it believed would be help it mount a defense in the German actions, but "protective orders governing discovery in those ITC proceedings prevent HP from using the Nokia-produced documents in the German Proceedings," HP wrote in a filing seeking to obtain them independently through a subpoena under Section 1782 of the statutes governing federal judicial procedure.

HP sought license agreements Nokia has with other companies, as well as "reports showing third party sales data, and negotiation communications," according to Nokia's response. The Finnish company said answering the contemplated subpoena would be burdensome and "implicates approximately 117 third parties" it would have to contact.

HP argued that Nokia Technologies was located in Northern California, evidenced by a website listing offices in San Francisco and Sunnyvale. Nokia countered that Nokia of America Corp.—"a completely

**Bloomberg Law**®

© 2026 Bloomberg Industry Group, Inc. All Rights Reserved. Terms of Service

California Judge Denies HP Bid to Get Nokia Patent License Info

separate and distinct corporate entity"—leased those offices until 2022 and operates a new Sunnyvale location, but that new office employs no Nokia Technologies Oy employees.

Freeman called it "entirely unclear from the webpage whether those offices are maintained by Nokia Technologies Oy or a different Nokia entity." HP therefore hadn't meet the statutory requirements to issue a subpoena under Section 1782, she concluded.

Freeman didn't address arguments over the scope of the subpoena, concluding the location issue resolved the dispute.

Nokia is represented by Alston & Bird. Morgan Lewis and Ropes & Gray represent HP.

The case is In re: HP Inc. , N.D. Cal., 24-mc-80120, denying app. for Sec. 1782 subpoena 7/16/24 .

To contact the reporter on this story: Michael Shapiro in Washington at mshapiro@bloombergindustry.com

To contact the editor responsible for this story: Adam M. Taylor at ataylor@bloombergindustry.com

© 2026 Bloomberg Industry Group, Inc. All Rights Reserved. Terms of Service

California Judge Denies HP Bid to Get Nokia Patent License Info

## Related Documents

Docket

Order

California Judge Denies HP Bid to Get Nokia Patent License Info

Bloomberg Law®

© 2026 Bloomberg Industry Group, Inc. All Rights Reserved. Terms of Service