# EXHIBIT 12

<u>Bloomberg Law</u>

<u>Manage Newsletters</u>

**Amgen Uses Obscure Law for Info on Novartis Units' Biosimilars**
Sept. 27, 2023, 8:12 PM EDT

- **Judge lets it seek US-style discovery in two foreign courts**
- **Request tied to potential bids to block Sandoz's drugs there**

Amgen Inc. can subpoena Sandoz Inc. for "pertinent information" to seek orders in Austrian and Slovenian courts, a federal judge ruled. The decision could grease efforts to block two Novartis AG subsidiaries from making biosimilar versions of Amgen's Prolia and Xgeva bone-strengthening drugs using allegedly patent-infringing processes.

Judge Colm F. Connolly, in an opinion issued Tuesday in the US District Court for the District of Delaware, granted Amgen's application for an order allowing it to obtain documents and other evidence. The ruling gives Amgen another tool should it launch litigation seeking preliminary injunctions against Sandoz GmbH in the Commercial Court of Vienna and Novartis subsidiary Lek Pharmaceuticals in the District Court in Ljubljana.

"Amgen has good reason to believe that Sandoz Inc. is about to engage or at least assist in the manufacture of" denosumab, the active compound in two drugs made in Austria and Slovenia, Connolly said, citing documents and business practices linked to Novartis and its affiliates.

The procedural decision parses aspects of Section **1782**, a federal statute that allows US district courts to compel a person or entity "found" in the US to produce discovery in connection with a foreign proceeding.

Amgen Inc. filed the since-granted application as a prospective foreign litigant. "The parties did not bother to let me know anything else about the structure, ownership, or affiliations of the three entities," Connolly said, but if Sandoz Inc. wholly owns European subsidiaries, "then it has control over those documents" under Section **1782.**

Amgen filed its application on May 9, eight days after it sued Novartis and several subsidiaries in the District of New Jersey alleging the proposed biosimilars infringe 21of its US patents related to Prolia and Xgeva. A decision is pending on Amgen's request for an order blocking Sandoz from launching its drugs in the US once they've been approved.

Amgen is one of several makers of biologic drug-makers waging a second wave of courtroom battles to protect treatments that can account for huge portions of their annual revenue. Sandoz is also working to establish its identity as a newly public company, with an initial public offering in Switzerland scheduled for Oct. 4.

Biologics are derived from living cells and treat serious conditions including rare diseases and cancers. They're among the costliest treatments on the market because they're difficult to make.

In January, court filings show, Amgen obtained Sandoz's relevant abbreviated Biologics License Application. It did so under the Biologics Price Competition and Innovation Act of 2009, which set a legal framework for US patent-infringement suits over biologics .

Sandoz argued that the BPCIA should have blocked Amgen from using Section **1782** to obtain critical information from Sandoz. Connolly disagreed and sided with Amgen, allowing the company to use the statute to obtain Sandoz's BLA.

The cited provision, Connolly said, "does not preclude a brand company (or anyone else) from obtaining a BLA through other means or limit in any way the ability of a brand company (or anyone else) from using a BLA obtained through other means."

Meanwhile, Judge Elizabeth A. Pascal on Tuesday issued a discovery dispute order in the New Jersey case giving Sandoz until Thursday to produce "the current supply agreement with Novartis" for the biosimilars. It also must supplement its discovery filings with the biosimilar pricing information on which it'll rely to support its opposition to Amgen's preliminary injunction bid.

Morris, Nichols, Arsht & Tunnell LLP and in-house counsel represent Amgen. Shaw Keller LLP and Morrison & Foerster LLP represent Sandoz.

The case is In Re: Request from Vienna , D. Del., No. 23-mc-258, opinion granting application issued 9/26/23 .

To contact the reporter on this story: Christopher Yasiejko in Philadelphia at cyasiejko@bloombergindustry.com

To contact the editor responsible for this story: Kartikay Mehrotra at kmehrotra@bloombergindustry.com

© 2026 Bloomberg Industry Group, Inc.   All Rights Reserved