# KOBRE & KIM

800 THIRD AVENUE
NEW YORK, NEW YORK 10022
WWW.KOBREKIM.COM
TEL +1 212 488 1200

July 29, 2026

**VIA ECF**
Hon. Ona T. Wang
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

> Re:  ***In re Application of Michael Herzog*, Case No. 1:26-mc-00159**
> **Letter Motion to File Portions of Declaration of Michael Herzog Under Seal**

Dear Judge Wang:

In accordance with Sections V(e) and VI(b) of Your Honor's Individual Practices in Civil Cases, Petitioner Michael Herzog ("Mr. Herzog") submits this letter motion seeking permission to provisionally redact the highlighted portions of the Declaration of Michael Herzog (the "Herzog Declaration"), filed contemporaneously herewith in further support of the Application.[1] Mr. Herzog does not request provisional sealing of information in the Herzog Declaration that has previously been made available on the Court's public docket, such as content set out in the Complaint.  *See* Dkt. 37.  Instead, Mr. Herzog seeks to provisionally seal only those minimal portions of the Herzog Declaration that elaborate on, or add to, the Complaint's allegations.

While the DKEP Partnership Agreement contains a confidentiality provision, *see* Dkt. 12-5 at § 2(a), we are also aware of the rule that the "mere existence of a confidentiality agreement covering judicial documents is insufficient to overcome the First Amendment presumption of access." *Delta Air Lines, Inc. v. Bombardier, Inc.*, 462 F. Supp. 3d 354, 359 (S.D.N.Y. 2020) (collecting cases).  As before, Mr. Herzog thus takes no position regarding whether permanent sealing of such information is warranted.

However, because of Respondent's accusations of bad faith (Dkt. 35 at 9)—though baseless—Mr. Herzog seeks provisional sealing out of an abundance of caution so that Respondent may have the opportunity to articulate whether, and to what extent, it believes

---

[1] Unless otherwise defined herein, capitalized terms have the meanings ascribed in Mr. Herzog's opening brief (Dkt. 10, the "Opening Brief" or "Op.Br.").

**AMERICAS** (NEW YORK, DELAWARE, MIAMI, SAN FRANCISCO, SÃO PAULO, WASHINGTON DC)
**APAC** (HONG KONG, SEOUL, SHANGHAI), **CARIBBEAN** (BVI, CAYMAN ISLANDS), **EMEA** (CYPRUS, DUBAI, LONDON, TEL AVIV)

KOBRE & KIM REFERS TO KOBRE & KIM LLP, A NEW YORK LIMITED LIABILITY PARTNERSHIP.

July 29, 2026
Page 2

permanent sealing of such content is appropriate under *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110 (2d Cir. 2006). *See id.*; *see also Bernstein v. Bernstein Litowitz Berger & Grossmann LLP*, 814 F.3d 132, 141 (2d Cir. 2016) ("A finding that a document is a 'judicial document' triggers a presumption of public access, and requires a court to make specific, rigorous findings before sealing the document or otherwise denying public access.") (cleaned up).

Accordingly, Mr. Herzog respectfully requests that this Court permit the unredacted version of the Herzog Declaration to remain provisionally sealed until after such time when Respondent has made itself heard on this issue.

Additionally, earlier today (at 9:56 am eastern time), my colleague Alyssa Aubuchon emailed counsel for Respondent asking that, if Respondent wished to assert confidentiality over Exhibits A, E, F, and G to the Herzog Declaration, its counsel inform us as such by 4:00 pm eastern time today. Counsel did not respond to that request, and we do not consider those documents to be confidential or otherwise warrant sealing. We have therefore not requested leave to file those exhibits under seal and instead have filed them on the public docket. We will undertake to meet and confer with counsel for Respondent regarding the portions of the Herzog Declaration that are presently redacted, if Respondent intends to request permanent sealing of them.

We appreciate the Court's attention to this matter.

Respectfully submitted,

*/s/  Zachary D. Rosenbaum*
Zachary D. Rosenbaum
zachary.rosenbaum@kobrekim.com
Alyssa L. Aubuchon
alyssa.aubuchon@kobrekim.com
KOBRE & KIM LLP
800 Third Avenue
New York, New York 10022
T: +1 212 488 1200
F: +1 212 488 1200

*Attorney for Petitioner Michael Herzog*

cc:      All Counsel of Record