# EXHIBIT A

| | |
|---|---|
| **From:** | Michael Herzog |
| **To:** | Anthony Yoseloff |
| **Cc:** | Michael Herzog (michaelsherzog@gmail.com); Shulamit Leviant |
| **Subject:** | Notice to retire. |
| **Date:** | Wednesday, October 30, 2024 8:51:08 AM |
| **Attachments:** | Notice of Intent to Retire  (002).docx |

Dear Tony,

Please see attached my notice of intent to retire (the "**Notice**") marked for the attention of Shulamit Leviant.
Based on the relevant legal documentation (and as set out in the Notice) I shall retire on 31 January 2025.

Whilst I still immensely enjoy the work at DK and care greatly about the firm, I have reached the clear conclusion that under the current circumstances I have no choice but to depart.  Despite repeated attempts to express to you the concerns I have regarding the management and operation of the firm over the past five years, they have largely fallen on deaf ears or have been rejected out of hand and remain unresolved.  Unfortunately, this neglect has already resulted in a series of events that have hurt the partnership and the firm's prospects. Finally, I see little evidence that there is any real desire to make the tough decisions to change the situation.

There are various issues relating to my retirement that will need to be resolved as a matter of urgency. The twenty-three years I have worked at DK have been truly invaluable and rewarding to me on many levels and joining the firm in 2001 was the best decision I ever made.  I am therefore keen to agree on retirement terms that will be in the best interests of all parties involved, including the firms.

I trust that you will appreciate that it is now incumbent on you to engage with me in good faith regarding the terms of my departure to ensure that any disruption to the firm arising from my retirement will be minimised to the greatest extent possible. I look forward to discussing those matters with you as soon as possible with a view to agreeing my retirement terms in short order.

Regards,

Michael.

Michael Herzog
Partner
DavidsonKempner European Partners, LLP
Office +44 (0)20 7292 6750 | mherzog@dkp.com
1 New Burlington Place, 3rd Floor | London W1S 2HR

NOTICE

The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited.

This communication is not an offer or solicitation for the purchase or sale of any financial instrument or as an official confirmation of any transaction. All market prices, data and other information are not warranted as to completeness or accuracy and are subject to change without notice. Any comments or statements made herein do not necessarily reflect those of Davidson Kempner European Partners, LLP, its members and affiliates.

Davidson Kempner European Partners, LLP is registered in England and Wales (No. OC308054) and is authorised and regulated by the Financial Conduct Authority. Registered Office: 4th Floor Phoenix House, 1 Station Hill, Reading, Berkshire RG1 1NB.

**For the attention of Shulamit Leviant:**

Davidson Kempner European Partners, LLP

4th Floor Phoenix House,

1 Station Hill,

Reading,

Berkshire,

United Kingdom

RG1 1NB


DK European Ltd.

Walker House,

P.O. Box 265GT

Mary Street,

George Town,

Grand Cayman

Cayman Islands


To whom it may concern,


**Notice of Intent to Retire as Member of Davidson Kempner European Partners, LLP ("DKEP")**

1.  I refer to the Tenth Amended and Restated Limited Liability Partnership Agreement dated 22 February 2023 (the "**LLPA**") and the Tenth Amended and Restated Agreement Supplementing the Tenth Amended and Restated Limited Liability Partnership Agreement of Davidson Kempner European Partners, LLP (the "**NYA**" and together with the LLPA, the "**Agreements**").

2.  In accordance with clause 18.1 of the LLPA and clause 11.B. of the NYA, I hereby give notice in writing of my intent to retire as a Member of DKEP (and, for the purposes of the NYA this notice constitutes a Notice of Intent to Retire), with my retirement to be effective for purposes of the Agreements on 31 January 2025 and my Retirement Benefits commencing from 1 February 2025.

3.  I will, in due course, be in touch with Tony Yoseloff (to whom this notice has been ~~copied~~ sent in accordance with clauses 11.B and 21.G. of the NYA) to discuss the terms of my departure. Indeed, while, as Mr Yoseloff is aware, I have had concerns regarding the manner in which Davidson Kempner Capital Management ("**DK**") has been run for some time, I am hopeful that the terms of my departure can be agreed in short order. I believe that to be in the best interests of all parties, including DK and DK's investors, partners and employees.

4.  Please confirm receipt of this notice by return.


Yours faithfully


Michael Herzog

cc. Anthony Yoseloff, Manging Partner and Chief Investment Officer, Davidson Kempner Capital Management (via email).