# EXHIBIT B

**Mishcon de Reya**

Africa House
70 Kingsway
London WC2B 6AH
DX 37954 Kingsway
T: +44 20 3321 7000
www.mishcon.com

Our Ref:    82261.1

Davidson Kempner European Partners,
LLP
4th Floor Phoenix House
1 Station Hill
Reading
RG1 1NB

12 December 2025

**BY EMAIL ONLY**

Dear Davidson Kempner European Partners, LLP

**Our client: Michael Herzog**
**Data subject access request under the UK General Data Protection Regulation**

We act for Michael Herzog and write to make a data subject access request on our client's behalf, pursuant to Article 15 of the UK General Data Protection Regulation. We enclose a signed letter of authority to correspond with you on our client's behalf and to receive any of his personal data in response to this request.

Our client was an LLP Partner of Davidson Kempner European Partners, LLP and Limited Partner of Davidson Kempner Solutions Cayman LP ("**DK Solutions**"). In addition, our client held shares in Davidson Kempner International (BVI) Ltd ("**DKIL**") and Davidson Kempner (the "**Firm**") continues to deal with our client's capital. The Firm has processed, and continues to process, our client's personal data.

**Scope of request**

This is a general request that relates to any of our client's personal data processed by or on behalf of the Firm in relation to the following matters:

1. Our client's personnel file.

2. Concerns relating to Tony Yoseloff ("**TY**") including (without limitation):
   a. TY's management and operation of the Firm;
   b. potential or actual conflicts of interest between:
      i. the activities of the Firm and TY's family office;
      ii. the Limited Partners of DK hedge fund and DK Solutions; and
      iii. the allocation of costs and resources between DK funds and DK Solutions and the GP;
   c. TY's decision to deduct capital of UK partners for a HMRC settlement and retention of that capital in relation to DKEP member;

Mishcon de Reya is a limited liability partnership, registered in England and Wales (number OC399969), with registered office at Africa House, 70 Kingsway, London WC2B 6AH, authorised and regulated by the Solicitors Regulation Authority, SRA number 624547.

109712268.1

**Mishcon de Reya**

        incentivization and retention plan (otherwise referred to as "special capital settlement");

    d. TY's decision to apply the tax due on the excess capital in the incentivization and retention plan to UK partners; and

    e. the decision to require the redemption of our client's DKIL shares to fund the subscription for DK Solutions and related tax charges.

3. Communications relating to the management and operation of the Firm including (without limitation):
   a. the new and revised 2023 Partnership Agreements;
   b. Schedule A; and
   c. the process of hiring a new Chief Operating Officer to replace Eric Sacks.

4. The decision to use our client's profit and loss and capital accounts to make additional subscriptions to DK Solutions in relation to himself and in relation to Tom Kempner and Avi Freedman after our client's exit on 31 January 2025.

5. Decisions in respect of adjustments and/or deductions to our client's capital.

6. Decisions in respect of our client's Q2 realised carry distribution (and delayed payment of the same) and Q3 realised carry distribution.

7. Communications between or including any of the individuals listed below.

8. All communications containing our client's personal data in relation to the above matters.

**Locating the personal data**

We envisage that a number of individuals may process personal data in relation to the above, including (but without limitation to):

1. Tony Yoseloff;

2. Anthony Gonzalez;

3. Eric Epstein;

4. Gabe Schwartz;

5. Shuly Leviant;

6. Eric Sacks;

7. Alison Horton;

8. Tom Domanski;

9. Farhana Ravel;

10. Matt Baxley;

109712268.1                                    2

**Mıshcon de Reya**

11. Yehuda Biber;

12. Alison Jaekel;

13. Jim Ganges;

14. Perry Metviner;

15. Pat Dennis;

16. Chris Krishanthan;

17. Zach Gonzalez;

18. Tara Schiff;

19. Sona Gohel;

20. Sam Goldberg; and

21. Clem Geraghty.

Your client should also search the emails and messaging accounts of any other individuals or custodian inboxes of which they are aware may have exchanged emails or messages containing personal data about our client.

Some of the data processed will be held in the form of sent and received emails, communications via letters, emails, text messages, instant messages including MS Teams and WhatsApp messages, documents, notes of meetings, notes or recordings of discussions and telephone calls, and any other form of document held on a computer or other storage device, and/or accessible online and/or in the cloud and/or mobile phone (whether work or personal) or within a relevant filing system. Please also note that the request extends to data which has been deleted, but which is recoverable.

In respect of our client's request, your client may limit its search for our client's personal data to the period from 1 January 2020 to the date the response is provided.

**Variant expressions of our client's name**

We would expect, as a minimum that your client carries out the above searches using our client's full name, "*Michael Herzog*". However, it may be that our client's personal data contains references to him as "*Michael*", "*MH*", "*M Herzog*", "*Herzog*" or his job title as "*Global Head of Merger Arbitrage*" and/or "*Global Head of Long/Short Equity*".

We request that your client searches for each of these variations, particularly when searching email records, files and other word-processed documents.

**Information to supply**

109712268.1                                3

**Mıshcon de Reya**

Once your client has identified personal data within the scope of this request, please provide a copy of the information constituting personal data and also provide us with the following information:

- Provide a description of the data and the categories of personal data concerned.

- Explain the purposes for which the data is processed.

- Identify the source or sources of the data.

- Set out to whom the data has been disclosed or may be disclosed, in particular recipients in third countries or international organisations.

- Set out, where possible, the envisaged period for which the data will be stored, or, if not possible, the criteria used to determine that period.

- State whether there has been any automated decision-making using the data, including profiling, and if so, any meaningful information about how it was based, as well as the significance and the envisaged consequences for me of such processing.

Please provide a copy of the data being processed in electronic format. Where possible, your client should provide remote access to a secure system in order to give our client direct access to his personal data.

As you may be aware, your client is required, pursuant to Article 12 of UK GDPR, to respond to our client's request for information **without undue delay** and in any event **within one month** i.e., by 12 January 2025.

Please acknowledge receipt of this letter by return and confirm the date by which you expect to provide our client's personal data and the name of the person at the Firm who will be dealing with the request.

We await your response accordingly.

Yours faithfully

**Mishcon de Reya LLP**

Direct Tel:   +44 (0)20 3321 7242
Email:        daniel.naftalin@mishcon.com