# EXHIBIT E

# PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

Brussels
Hong Kong
London
Los Angeles
San Francisco
Tokyo
Toronto
Washington, DC
Wilmington

1285 Avenue of the Americas
New York, NY 10019-6064
+1 212 373 3000

**Gregory Laufer**
**Direct Dial:** +1 212 373 3441
**Email:** glaufer@paulweiss.com

June 30, 2026

### By Email

Daniel Naftalin
Mishcon de Reya LLP
Africa House, 70 Kingsway
London
WC2B 6AH
Email: daniel.naftalin@mishcon.com

*Re:   Michael Herzog*

Dear Mr. Naftalin:

I am writing on behalf of Davidson Kempner to let you know that the firm has removed Mr. Herzog for "Cause" under the Tenth Amended and Restated Agreement Supplementing the Tenth Amended and Restated Limited Liability Partnership Agreement of Davidson Kempner European Partners, LLP ("DKEP Agreement").  Mr. Herzog's removal is effective as of June 30, 2026.

I have enclosed the Notice of Removal for you to deliver to Mr. Herzog, which includes Mr. Herzog's May 31, 2026 capital account summary, showing the remaining amount of $1,315,227 owed from Mr. Herzog to DKEP. A June 30, 2026 final statement will be provided to Mr. Herzog in due course.

In the meantime, please remind Mr. Herzog of his continuing obligations to the firm under the DKEP Agreement and otherwise.

Sincerely,

*/s/ Gregory F. Laufer*
Gregory F. Laufer