# EXHIBIT F

## NOTICE OF REMOVAL

June 30, 2026

To: Michael Herzog

From: DK European Ltd., as Managing Member of Davidson Kempner European Partners, LLP

RE: Removal of Michael Herzog Pursuant to Section 9.B

Dear Michael,

You are receiving this notice of removal in your capacity as a Schedule C Person under the Tenth Amended and Restated Agreement Supplementing the Tenth Amended and Restated Limited Liability Partnership Agreement of Davidson Kempner European Partners, LLP (the "Agreement"). In accordance with Section 9.B of the Agreement, and at the direction of the Executive Managing Member, the Managing Member hereby requires you to withdraw from the Partnership for Cause. This removal is effective as of June 30, 2026.

Attached hereto is your May 31, 2026 capital account summary, which shows the remaining amount of $1,315,227 owed from you to Davidson Kempner European Partners, LLP ("DKEP"). Under Section 9.C(i)(d)(i) of the DKEP Supplemental Agreement, you are entitled to Closed End Fund GP Profits through June 30, 2026, the date of removal. A June 30, 2026 final statement will be provided to you showing the final amount owed by you to DKEP and payment details.

DocuSigned by:

*Anthony A. Yoseloff*

FF9DB8ED781F41A...

Name:  Anthony Yoseloff
Title:   Director
For and on behalf of DK European Ltd., as Managing Member of Davidson Kempner European Partners, LLP