# EXHIBIT G

| | |
|---|---|
| **From:** | Laufer, Gregory |
| **To:** | James England |
| **Cc:** | King, Phoebe H; Laura Penny; Edwin Chik; Phoebe Ellwood; Zehner, Ryan |
| **Subject:** | RE: Michael Herzog [MDR-MISHCON_LIVE.FID700503] |
| **Date:** | Wednesday, July 22, 2026 9:54:16 AM |

**WARNING:** External Email

James:

With all respect, your client is in no position to make accusations of bad faith against Davidson Kempner.  I don't know what you know of the circumstances and background, but your client's sustained misconduct is all there in black and white.  There is no basis whatsoever to suggest that Davidson Kempner has at any time behaved egregiously or done anything remotely akin to "retaliation" against Mr. Herzog.  To the contrary, the firm has taken appropriate and justified action in the face of Mr. Herzog's numerous material breaches of his obligations.  In any event, as I pointed out below, your client has no legal entitlement to the details of Davidson Kempner's internal decision-making, and you still have failed to identify any.

With respect to your insistence on getting a copy of the LPA referred to below, I have two main reactions.  One, there is indeed a sound basis for declining to provide your client with unrestricted access to Davidson Kempner documents given the undisputed evidence that he has already knowingly flouted his obligations, including his confidentiality obligations.  And two, no one is preventing your client from reviewing or obtaining legal advice with respect to the LPA.  We explicitly invited both you and your client to come to my law firm's offices on either of two continents at a time of your choosing to review the LPA.  If you decline that invitation, that is your choice, not ours.

Best,
Greg

**Gregory Laufer** | Partner
**Paul, Weiss, Rifkind, Wharton & Garrison LLP**
1285 Avenue of the Americas | New York, NY 10019-6064
+1 212 373 3441 (Direct Phone) | +1 917 715 2539 (Cell)
+1 212 492 0441 (Direct Fax)
glaufer@paulweiss.com | www.paulweiss.com

---

**From:** James England <James.England@Mishcon.com>
**Sent:** Tuesday, July 21, 2026 5:52 AM
**To:** Laufer, Gregory <glaufer@paulweiss.com>
**Cc:** King, Phoebe H <Pking@paulweiss.com>; Laura Penny <Laura.Penny@Mishcon.com>; Edwin Chik <Edwin.Chik@Mishcon.com>; Phoebe Ellwood <Phoebe.Ellwood@Mishcon.com>; Zehner, Ryan

<rzehner@paulweiss.com>
**Subject:** RE: Michael Herzog [MDR-MISHCON_LIVE.FID700503]

Dear Greg

There is no good faith basis whatsoever for your client to refuse to explain the grounds for Mr Herzog's purported removal for Cause.  It is telling that your client has decided to hide from the issue, and Mr Herzog is left in no doubt that your client intends to perpetuate its egregious and retaliatory conduct towards him at every opportunity.

Likewise, there is no good faith basis – or any rational basis at all – for your client to refuse to provide a copy of the Limited Partnership Agreement of DKS Intermediate LP.  Your client has taken steps in relation to our client's interests, and our client is entitled to take advice on the same.  We therefore repeat our request for your client to provide a copy of the Agreement to that end.

**James England**
**Managing Associate**
Mishcon de Reya LLP

**T**   +44 20 3321 6363
**M**  +44 75 6295 2053
**E**   james.england@mishcon.com
**W**  mishcon.com

---

**From:** Laufer, Gregory <glaufer@paulweiss.com>
**Sent:** 16 July 2026 23:01
**To:** James England <James.England@Mishcon.com>
**Cc:** King, Phoebe H <Pking@paulweiss.com>; Laura Penny <Laura.Penny@Mishcon.com>; Edwin Chik <Edwin.Chik@Mishcon.com>; Phoebe Ellwood <Phoebe.Ellwood@Mishcon.com>; Zehner, Ryan <rzehner@paulweiss.com>
**Subject:** RE: Michael Herzog [MDR-MISHCON_LIVE.FID700503]

> **WARNING:** External Email

Dear James:

Your email asks us to respond "as a matter of urgency" but doesn't identify any exigent circumstances.  Nor does it explain why, if there really were any such circumstances, you addressed our June 30 letter informing you of our client's cause determination only some two

weeks after the fact—which hardly suggests any dispatch on your end.

In any event, your position that our June 30 letter is deficient is wrong, and you don't cite any legal or other authority supporting your client's supposed right to the information he's asking for. Nor do we know of any. We similarly have no obligation to provide you with any of our client's internal governance documents. Nonetheless, we are prepared to make the LPA you've asked for available at Paul, Weiss's offices in New York or London, at your choosing, for your client's and/or your review. If you would like to do that, let us know some dates and times.

To be clear, Davidson Kempner reached its cause determination after careful consideration of the material facts, and did so reasonably and in good faith as well as in compliance with the firm's governing documents.

Best,
Greg

**Gregory Laufer** | Partner
**Paul, Weiss, Rifkind, Wharton & Garrison LLP**
1285 Avenue of the Americas | New York, NY 10019-6064
+1 212 373 3441 (Direct Phone) | +1 917 715 2539 (Cell)
+1 212 492 0441 (Direct Fax)
glaufer@paulweiss.com | www.paulweiss.com

---

**From:** James England <James.England@Mishcon.com>
**Sent:** Tuesday, July 14, 2026 3:29 PM
**To:** Laufer, Gregory <glaufer@paulweiss.com>
**Cc:** King, Phoebe H <Pking@paulweiss.com>; Laura Penny <Laura.Penny@Mishcon.com>; Edwin Chik <Edwin.Chik@Mishcon.com>; Phoebe Ellwood <Phoebe.Ellwood@Mishcon.com>; Zehner, Ryan <rzehner@paulweiss.com>
**Subject:** RE: Michael Herzog [MDR-MISHCON_LIVE.FID700503]

Dear Greg
**Michael Herzog – Removal from Davidson Kempner European Partners, LLP ("DKEP")**
We write further to your letter dated 30 June 2026 and notice of removal of the same date, purporting to remove Mr Herzog from DKEP for "Cause" with immediate effect.
The notice, and your accompanying letter, are totally deficient. They contain no explanation of the factual basis for the purported exercise of the Cause mechanism under the Agreement, no identification of the specific provision(s) of the Agreement said to have been breached or triggered, and no particulars of any alleged conduct on which DK relies. Given that the

purported removal carries substantial and immediate financial consequences for Mr Herzog, it is concerning that DK would fail to provide any explanation of the basis of the decision.

We therefore request the following as a matter of urgency:

1. a full explanation of the basis for Mr Herzog's purported removal, including: (a) reference to the provision(s) in the Agreement said to have been breached or triggered; and (b) particulars of the alleged conduct relied upon; and
2. a copy of the Limited Partnership Agreement of DKS Intermediate LP.

All Mr Herzog's rights are reserved.

Sincerely

**James England**
**Managing Associate**
Mishcon de Reya LLP

**T**   +44 20 3321 6363
**M**  +44 75 6295 2053
**E**   james.england@mishcon.com
**W**  mishcon.com

---

**From:** Zehner, Ryan <rzehner@paulweiss.com>
**Sent:** 30 June 2026 22:05
**To:** Daniel Naftalin <Daniel.Naftalin@Mishcon.com>; Edwin Chik <Edwin.Chik@Mishcon.com>; Phoebe Ellwood <Phoebe.Ellwood@Mishcon.com>; James England <James.England@Mishcon.com>
**Cc:** Laufer, Gregory <glaufer@paulweiss.com>; King, Phoebe H <Pking@paulweiss.com>
**Subject:** Re: Michael Herzog

**WARNING:** External Email

Counsel:

Please see the attached correspondence and enclosures.  The password for the Account Summary will follow in a separate message.

Best,
Ryan

**Ryan Zehner** | Associate
**Paul, Weiss, Rifkind, Wharton & Garrison LLP**
1285 Avenue of the Americas | New York, NY 10019-6064
+1 212 373 2526 (Direct Phone) | +1 347 789 7356 (Direct Fax)
rzehner@paulweiss.com | www.paulweiss.com

This message is intended only for the use of the Addressee and may contain information that is privileged and confidential. If you are not the intended recipient, you are hereby notified that any dissemination of this communication is strictly prohibited. If you have received this communication in error, please erase all copies of the message and its attachments and notify us immediately.

Please be aware of the increase in cybercrime and fraud. If you receive an email purporting to be from someone at Mishcon de Reya LLP which seeks to direct a payment to bank details which differ from those which we have already given to you (in our retainer letter and on our invoices) it is unlikely to be genuine. Please do not reply to the email nor act on any information contained in it but contact us immediately.

---

For eight decades the US dollar has been the linchpin of global trade and finance. But today, not everyone is confident in its future. If the dollar is out, what will take its place? Watch the latest film in our Now & Next series here.

---

**Mishcon de Reya LLP**, Africa House, 70 Kingsway, London WC2B 6AH
T +44 20 3321 7000 | DX 37954 Kingsway | www.mishcon.com

Mishcon de Reya LLP is a limited liability partnership registered in England and Wales with number OC399969 and is authorised and regulated by the Solicitors Regulation Authority under SRA number 624547. Any opinion or advice is given subject to our terms of business. You can view our Privacy Policy here.

Please consider the environment before printing this e-mail.

This email and any attachment is confidential, may be legally privileged and must not be disclosed to or used by anyone other than the intended recipient. Unauthorised use, disclosure, distribution or copying is prohibited and may be unlawful. If you are not the intended recipient, please notify james.england@mishcon.com and then delete this email.

This email is sent over a public network and its completeness or accuracy cannot be guaranteed. Any attached files were checked with virus detection software before sending, but you should carry out your own virus check before opening them and we do not accept liability

for any loss or damage caused by software viruses.

This email message has been scanned for viruses by Mimecast.