# EXHIBIT H

Business | Deals

# Davidson Kempner Unveils Leadership Changes as Executives Depart



By Eyk Henning, Swetha Gopinath, and Nishant Kumar
January 16, 2025 at 2:17 PM EST



🔒 This article is for **subscribers only**.

Davidson Kempner Capital Management unveiled a series of leadership changes as some of its long-time executives leave the hedge fund.

Michael Herzog, the London-based global co-head of merger arbitrage and global head of long/short equity, will leave Davidson Kempner at the end of the month, according to an investor letter seen by Bloomberg.

After Herzog's departure, partner Zach Altschuler will become sole global head of merger arbitrage. The global long/short equity team will be run by newly-elected partner Vince Ortiz, alongside Matt Dolente.

Meanwhile, Perry Metviner, Davidson Kempner's co-chief operating officer and chief technology officer, will retire in June. Rich Ahrens will become CTO.

The firm is appointing partner James Li as president. It's also hiring Sona Gohel, a senior executive in Goldman Sachs Group Inc.'s engineering team, as a partner and chief operating officer, according to the letter.

Conor Bastable, a partner in global credit, will become the firm's deputy chief investment officer. And it's appointing Bastable, Patrick Dennis and Chris Krishanthan as co-heads of global credit for Davidson Kempner's hedge fund business.

A representative for Davidson Kempner declined to comment on the moves.



Save

Contact us:
**Provide news feedback or report an error**

Site feedback:
**Take our Survey** ⧉

Confidential tip?
**Send a tip to our reporters**

Before it's here, it's on the **Bloomberg Terminal**

---

©2026 Bloomberg L.P. All Rights Reserved.

---