# EXHIBIT J



APRIL 20, 2026

# Ex-Cayman & U.K. partner of Davidson Kempner files 'whistleblower retaliation' complaint after 'dismissal'



Michael Herzog (l) & Tony Yoseloff (r)

**RELATED CONTENT**

- Michael Herzog v. Davidson Kempner Capital Management LP: Discovery Application (England) <https://www.offshorealert.com/michael-herzog-v-davidson-kempner-capital-management-lp-discovery-application-england/>

A former partner of the Cayman Islands and United Kingdom partnerships of New York-based global investment firm Davidson Kempner Capital Management has filed a 'whistleblower retaliation' complaint against the group in England.

Michael Herzog's complaint against Davidson Kempner European Partners, LLP, Davidson Kempner Solutions Cayman LP,  and group managing partner Anthony Yoseloff, a.k.a. Tony Yoseloff, at the London Central Employment Tribunal of England and Wales on April 2nd, 2026 was publicly

Manage consent

disclosed in an application to take discovery from Delaware-domiciled Davidson Kempner Capital Management LP that Herzog filed today at federal court in New York.

Herzog claimed he was "constructively dismissed" from the firm by Mr. Yoseloff in January 2025 "in retaliation for his attempts to expose" something that is redacted in the discovery application. He is seeking undisclosed "compensation for the Detriments he suffered at the hands of the English Proceeding Respondents".

"The Application seeks production of a narrowly tailored set of documents and deposition testimony which is essential to support Mr. Herzog's claims in the English Proceeding," it was stated. "Mr. Herzog believes that information in the possession of DKCM by way of documents and corporate representative testimony will provide further evidence of English law violations by the English Proceeding Respondents."

Research by OffshoreAlert showed that, on its website at www.davidsonkempner.com, DKCM claims to have "$37bn+ Assets Under Management", "1,600+ investors globally", and offices in China, England, Hong Kong, India, Ireland, United Arab Emirates, and USA.

A spokesperson for Davidson Kempner told OffshoreAlert: "The claims are without merit. Davidson Kempner has acted entirely properly at all times, and will robustly defend its position. Tony Yoseloff is an individual of the highest integrity and has acted to the highest standards."

Copyright© 1997-2026 OffshoreAlert. All Rights Reserved. www.offshoreelert.com