# EXHIBIT K

Markets

# Davidson Kempner Ex-Trader Says He Blew Whistle, Was Ousted

 

By Donal Griffin
April 21, 2026 at 7:20 AM EDT
*Updated on April 21, 2026 at 12:30 PM EDT*

[ 🔖 Save ]  [ 🗛 Translate ⌄ ]

---

✦ **Takeaways** by Bloomberg AI ⌃

- A former top trader and partner at Davidson Kempner Capital Management accused the firm and its investing chief, Tony Yoseloff, of ousting him after he attempted to expose wrongdoing.
- Michael Herzog initiated a whistleblower action in the UK and is seeking to force the hedge fund to disclose documents and "deposition testimony" to support his claim of being "constructively dismissed" by Yoseloff.
- Davidson Kempner said "the claims are without merit" and that the firm has "acted entirely properly at all times and will robustly defend its position".

---

A former top trader and partner at Davidson Kempner Capital Management accused the firm and its investing chief, Tony Yoseloff, of ousting him last year after he attempted to expose wrongdoing.

Michael Herzog initiated a whistleblower action in the UK and is seeking to force one of the world's largest hedge funds to disclose documents and "deposition testimony" to support his claim, according to US court filings. He alleges he was "constructively dismissed" by Yoseloff after making multiple disclosures about "misconduct," the filings show.

Herzog left the hedge fund in January 2025, after spending more than two decades there. His allegations, which are heavily redacted, mark a rare challenge against Davidson Kempner, which has grown into a $37 billion multistrategy behemoth renowned for steady returns and a lack of drama.

"Mr. Yoseloff succeeded in pushing Mr. Herzog out of the firm," according to Herzog's claim.

Herzog declined to comment beyond the filing.

"The claims are without merit," a spokesperson for Davidson Kempner said in an emailed statement. "Davidson Kempner has acted entirely properly at all times and will robustly defend its position. Tony Yoseloff is an individual of the highest integrity and has acted to the highest standards."

Founded by Marvin Davidson in 1983, with $6 million under management when Thomas Kempner joined months later, the firm has grown out of its roots in merger arbitrage and distressed debt and into other products including convertible arbitrage and long-short equities. Yoseloff took over as sole leader of the fund in 2020.

Read More: No-Drama Hedge Fund Davidson Kempner Closes In on $40 Billion

Davidson Kempner hired Herzog in 2001 and he rose to become head of its global merger-arbitrage and long-short equity units, according to his claim. He was also "instrumental in building out" operations in London and "establishing the firm in European markets ," according to the filing.

Herzog made multiple "disclosures" between 2020 and 2024 related to Yoseloff that feature in his UK whistleblower case. The documents that he's seeking through the US claim will allegedly support his "allegations of misconduct by Mr. Yoseloff, upon which the protected disclosures were based," according to the filing.

Herzog led Davidson Kempner's investment in German defense company Rheinmetall AG, he told Bloomberg earlier this year. He and his team snapped up the firm's shares after Russia's full-scale invasion of Ukraine in 2022, a year in which the stock more than doubled in value.

After Herzog left, he started running a fund with his own money, Bloomberg reported.

Read More: <u>Long Before Rheinmetall's Surge, This Investor Saw the Potential</u>

— *With assistance from Jonathan Browning*

*(Updates with more details on departure in last paragraph. A previous version corrected name of founder in seventh paragraph.)*



🔖 Save

Contact us:
**Provide news feedback or report an error**

Site feedback:
**Take our Survey** ⧉

Confidential tip?
**Send a tip to our reporters**

Before it's here, it's on the <u>Bloomberg Terminal</u>

Terms of Service    Do Not Sell or Share My Personal Information    Trademarks

Privacy Policy

Careers    Advertise    Ad Choices ▷    Help

©2026 Bloomberg L.P. All Rights Reserved.