# EXHIBIT L

# HEDGEWEEK®

(https://www.hedgeweek.com)

# Former Davidson Kempner trader alleges whistleblowing led to exit in legal dispute

April 22, 2026 - 9:32 am

*A long-serving former partner at Davidson Kempner Capital Management claims he was forced out of the firm after raising concerns internally, and is now pursuing legal action to obtain documents supporting his allegations, according to a report by Bloomberg.*

Michael Herzog, previously a senior trader and partner at the hedge fund, has accused the firm and its chief investment officer Tony Yoseloff of effectively pushing him out after he raised internal concerns he characterises as misconduct.

The report cites court filings in the UK and supporting US legal documents as revealing that Herzog is seeking disclosure of internal records and testimony, arguing these materials are necessary to substantiate his whistleblower claims. He alleges he was constructively dismissed following a series of protected disclosures.

Herzog exited the firm in early 2025 after more than 20 years at the hedge fund, which manages around $37bn.

Davidson Kempner strongly rejects Herzog's allegations. In a statement the firm said: "Davidson Kempner and Tony Yoseloff, its Managing Partner, unequivocally deny the recent allegations made by Michael Herzog, who left Davidson Kempner of his own volition more than a year ago. This is a classic case of sour grapes in a contractual dispute with a disgruntled former colleague, reflecting his dissatisfaction with historic management decisions. Davidson Kempner and Mr. Yoseloff intend to vigorously defend against these contrived grievances, which appear to be Mr.Herzog's latest attempt in his long-running campaign to inflate the amounts otherwise payable to him on his departure from the firm."

Herzog joined Davidson Kempner in 2001 and rose through the organisation to become head of its merger arbitrage and long-short equity strategies. He also played a key role in expanding the firm's European footprint, particularly through its London operations, according to his filings.

Between 2020 and 2024, Herzog made a series of internal disclosures relating to concerns about senior leadership, which now form part of his whistleblower case. He argues that documents he is seeking through the courts will support those claims.

During his time at the firm, Herzog was involved in several notable investments, including positions in German defence company Rheinmetall AG, where the firm invested ahead of a strong rally following Russia's invasion of Ukraine.

Since departing Davidson Kempner, Herzog has begun managing capital through a new investment vehicle backed by his own funds, according to previous reports.

Founded in 1983, Davidson Kempner has grown from its merger arbitrage and distressed debt origins into a diversified multi-strategy platform under Yoseloff's leadership, which began in 2020 following a leadership transition at the firm.

The legal proceedings are ongoing.

Like this article? **Sign up to our free newsletter** (https://www.hedgeweek.com/register/)

FEATURED

---



Insight | July 13, 2026

As alpha capture gains momentum, Atom Investors doubles down on manager independence (https://www.hedgeweek.com/as-alpha-capture-gains-momentum-atom-investors-doubles-down-on-manager-independence/)

---



Intel | July 13, 2026

Deem Global secures $1bn investment from Abu Dhabi backer (https://www.hedgeweek.com/deem-global-secures-1bn-investment-from-abu-dhabi-backer/)

---



Intel | July 10, 2026

Equity and event-driven strategies lead June hedge fund gains (https://www.hedgeweek.com/equity-and-event-driven-strategies-lead-june-hedge-fund-gains/)

---



Intel | July 9, 2026

Hedge funds drive return to US equity buying, says BofA (https://www.hedgeweek.com/hedge-funds-drive-return-to-us-equity-buying-says-bofa/)

---



Insight | July 8, 2026

Why local knowledge remains the key to investing across Asia (https://www.hedgeweek.com/why-local-knowledge-remains-the-key-to-investing-across-asia/)



Intel | July 8, 2026

Hedge funds post strongest first-half returns since 2021 despite March volatility (https://www.hedgeweek.com/hedge-funds-post-strongest-first-half-returns-since-2021-despite-march-volatility/)



Intel | July 7, 2026

Quant funds suffer steepest momentum drawdown since 2023 amid factor rotation (https://www.hedgeweek.com/quant-funds-suffer-steepest-momentum-drawdown-since-2023-amid-factor-rotation/)



Insight | July 6, 2026

Carson Block on the buying that feeds itself (https://www.hedgeweek.com/carson-block-on-the-buying-that-feeds-itself/)

## MOST RECENT

How Citco is helping hedge funds navigate through technology and flexible operating models (https://www.hedgeweek.com/how-citco-is-helping-hedge-funds-navigate-through-technology-and-flexible-operating-models/)

Hedge funds compete to lead legal challenge over Skechers' $9.4bn take-private deal (https://www.hedgeweek.com/hedge-funds-compete-to-lead-legal-challenge-over-skechers-9-4bn-take-private-deal/)

SEC tightens disclosure rules for activist hedge funds over identity of campaign backers (https://www.hedgeweek.com/sec-tightens-disclosure-rules-for-activist-hedge-funds-over-identity-of-campaign-backers/)

Millennium hires former Squarepoint commodities specialist to expand agricultural trading (https://www.hedgeweek.com/millennium-hires-former-squarepoint-commodities-specialist-to-expand-agricultural-trading/)

Goldman sees strongest backdrop for FX carry trades in more than two decades (https://www.hedgeweek.com/goldman-sees-strongest-backdrop-for-fx-carry-trades-in-more-than-two-decades/)

## FURTHER READING

As alpha capture gains momentum, Atom Investors doubles down on manager independence (https://www.hedgeweek.com/as-alpha-capture-gains-momentum-atom-investors-doubles-down-on-manager-independence/)

Elliott takes stake in CCC as software firm explores strategic sale (https://www.hedgeweek.com/elliott-takes-stake-in-ccc-as-software-firm-explores-strategic-sale/)

Deem Global secures $1bn investment from Abu Dhabi backer (https://www.hedgeweek.com/deem-global-secures-1bn-investment-from-abu-dhabi-backer/)

Banks turn net short corporate bonds for first time as market structure shifts (https://www.hedgeweek.com/banks-turn-net-short-corporate-bonds-for-first-time-as-market-structure-shifts/)

Citadel's Griffin sets long-term performance benchmark for hedge fund industry (https://www.hedgeweek.com/citadels-griffin-sets-long-term-performance-benchmark-for-hedge-fund-industry/)

Ategrity appoints hedge fund exec as CFO (https://www.hedgeweek.com/ategrity-appoints-hedge-fund-exec-as-cfo/)

Investor sues AlphaQuest after fund wind-down, alleging trading control failures (https://www.hedgeweek.com/investor-sues-alphaquest-after-fund-wind-down-alleging-trading-control-failures/)

Qube expands beyond quant roots with launch of fundamental equity portfolio management team (https://www.hedgeweek.com/qube-expands-beyond-quant-roots-with-launch-of-fundamental-equity-portfolio-management-team/)

**OTHER PUBLICATIONS**

# PRIVATE EQUITY WIRE®

(https://www.privateequitywire.co.uk/)

**NEWS**

**SPECIAL REPORTS**

**SUMMITS**

**PRIVACY POLICY**

**CONTACT US**

**COOKIE POLICY**

**DIRECTORY**

**ABOUT US**

**AD GUIDELINES**

**TRADEMARK**

(https://www.hedgeweek)

(https://www.linkedin.com/company/hedgeweek)

(https://www.hedgeweek.com/contact)

(https://www.hedgeweek.com/dailynews.xml)

X

in

© 2026 Hedgeweek® All rights reserved.

**SEND IN YOUR NEWS**

**TERMS & CONDITIONS**

**REQUEST A MEDIA PACK**