# EXHIBIT M

Industries | Finance

# Davidson Kempner CIO Has 'Uncontrolled Power,' Ex-Partner Claims

      



Tony Yoseloff, chief investment officer of Davidson Kempner Capital Management *Photographer: Patrick T. Fallon/AFP/Getty Images*

By Donal Griffin and Jonathan Browning
May 13, 2026 at 12:50 PM EDT

 Save    Translate ∨     2:34

---

✦ **Takeaways** by Bloomberg AI                                    ∧

- A former partner at Davidson Kempner Capital Management alleged in a court filing that Chief Investment Officer Tony Yoseloff operates with "uncontrolled power" and has engaged in "wide-ranging misconduct."

- The former partner, Michael Herzog, claimed he was ousted after raising concerns about Yoseloff's "misconduct and conflicts of interest" and has been "deprived of the full value of his ownership stake in the fund" as a result.

- Lawyers for Davidson Kempner rejected Herzog's allegations as lacking merit, saying the allegations are part of Herzog's "long-running campaign to inflate the amounts otherwise payable to him on his departure from the firm."

A former partner at Davidson Kempner Capital Management, one of the world's biggest hedge funds, alleged in a court filing that Chief Investment Officer Tony Yoseloff operates with "uncontrolled power" and has engaged in "wide-ranging misconduct."

Yoseloff runs Davidson Kempner "as his personal family office rather than one of the largest hedge funds in the world," according to a filing in a New York court by Michael Herzog that's part of a whistleblower action he's begun in the UK.

Herzog was among the $37 billion fund's most senior traders until he was ousted last year after raising concerns about Yoseloff's "misconduct and conflicts of interest," he alleged in the New York filing. He has been "deprived of the full value of his ownership stake in the fund" as a result, he claimed.

The allegations, which are heavily redacted and lack detail in the filing, mark a rare public conflict for Davidson Kempner, renowned for its secrecy and lack of drama. Founded by Marvin Davidson in 1983, the firm has quietly become one of the biggest players in the $5 trillion hedge fund industry. Yoseloff took over as sole leader of the fund in 2020.

Read More: Davidson Kempner Ex-Trader Says He Blew Whistle, Was Ousted

Lawyers for Davidson Kempner rejected Herzog's allegations as lacking merit in a separate filing. The fund accused its former partner of filing the US action "to generate publicity" and said Herzog hadn't denied that "he or his agents promoted this action in the press."

"This is a classic case of sour grapes in a contractual dispute with a disgruntled former colleague, reflecting his dissatisfaction with historic management decisions," a spokesperson for the New York-based hedge fund said in an emailed statement.

Davidson Kempner and Yoseloff intend to defend the allegations from Herzog, who left of "his own volition," the spokesperson said. The accusations are part of Herzog's "long-running campaign to inflate the amounts otherwise payable to him on his departure from the firm," according to the spokesperson.

In a May 11 filing, a lawyer for Herzog described Davidson Kempner's "characterization of his motives" as "unsupported and inaccurate."

Read More: No-Drama Hedge Fund Davidson Kempner Closes In on $40 Billion

Davidson Kempner hired Herzog in 2001 and he rose to become head of its global merger-arbitrage and long-short equity units, according to his filing. He was also "instrumental" in establishing its operations in London and European markets, the filing shows.

Herzog "repeatedly disclosed the dangers of Mr. Yoseloff's virtually uncontrolled power over Davidson Kempner," according to the document filed in the Southern District of New York. These disclosures "fell on deaf ears and ultimately he was constructively dismissed from the firm by Mr. Yoseloff."



☐ Save

Contact us:
**Provide news feedback or report an error**

Site feedback:
**Take our Survey** ↗

Confidential tip?
**Send a tip to our reporters**

Before it's here, it's on the Bloomberg Terminal

Terms of Service     Do Not Sell or Share My Personal Information     Trademarks

Privacy Policy

Careers     Advertise     Ad Choices ▷     Help

©2026 Bloomberg L.P. All Rights Reserved.