# EXHIBIT N

Finance | Investing

# Ousted Davidson Kempner Partner Claims He's Owed $80 Million



By <u>Donal Griffin</u> and <u>Jonathan Browning</u>
July 23, 2026 at 9:15 AM EDT
*Updated on July 23, 2026 at 1:06 PM EDT*



---

✦ **Takeaways** by Bloomberg AI                                          ˄

- Michael Herzog, a former partner at Davidson Kempner Capital Management, claims he was forced to exit the firm and is owed $80 million.
- Herzog alleged he was shortchanged $170 million in retirement benefits and claimed Chief Investment Officer Tony Yoseloff's leadership was "autocratic".
- Davidson Kempner and Yoseloff "unequivocally deny" Herzog's allegations, calling it a "classic case of sour grapes" in a contractual dispute with a disgruntled former colleague.

---

A former partner at Davidson Kempner Capital Management, one of the world's biggest hedge funds, claims he was forced to exit the firm in a manner that has denied him $80 million he says he's owed.

Michael Herzog, one of the hedge fund's most senior figures until his departure last year, was forced to redeem his interest in Davidson Kempner yet $80 million of this is still outstanding, according to allegations made in a UK employment lawsuit. He claimed he was also shortchanged $170 million in retirement benefits as a result.

Herzog claimed he left the firm after challenging the increasingly "autocratic" leadership of Chief Investment Officer Tony Yoseloff, according to the UK complaint. The filing was made public in US court proceedings after Bloomberg petitioned to unseal certain documents.

The allegations paint turmoil at the top of Davidson Kempner, a hedge fund giant that oversees $40 billion of assets. Such disputes are rare for the fund, which has become known for its secrecy and lack of drama since its founding by Marvin Davidson in 1983.

Read More: Davidson Kempner CIO Has 'Uncontrolled Power,' Ex-Partner Claims

In the complaint, Herzog alleged the CIO spent too much time focused on his family office, failed to discipline a partner who lost $500 million, and pushed the hedge fund to start an unprofitable insurance business, he alleged.

"Yoseloff felt threatened by the claimant's challenges to his decision making and positions in the firm," Herzog alleged in court filings. "Yoseloff wanted to have an autocracy where he controlled everything without any accountability and only a 'democracy' in the sense of shared risk and liability and shared costs."

Herzog declined to comment. A spokesperson for Davidson Kempner said that the fund and Yoseloff "unequivocally deny" Herzog's allegations.



Sign Up

By continuing, I agree to the Privacy Policy and Terms of Service.

"This is a classic case of sour grapes in a contractual dispute with a disgruntled former colleague, reflecting his dissatisfaction with historical management decisions," the spokesperson said in an emailed statement. "Davidson Kempner and Mr. Yoseloff intend to vigorously defend against these contrived grievances, which are Mr. Herzog's latest attempt in his long-running campaign to inflate the amounts otherwise payable to him on his departure from the firm."



Tony Yoseloff in 2025 *Photographer: Lam Yik/Bloomberg*

Lawyers for Davidson Kempner have previously rejected Herzog's allegations as lacking merit. They have accused Herzog of trying "to generate publicity" and said he hasn't denied that "he or his agents promoted this action in the press."

Read More: Davidson Kempner Ex-Trader Says He Blew Whistle, Was Ousted

Herzog's employment suit filed under whistleblower rules in the UK is running parallel to a case he filed against Davidson Kempner in New York, seeking to force the fund to disclose documents and "deposition testimony."

## $500 Million Loss

The allegations portray a fraught relationship between Herzog and Yoseloff, both veterans of Davidson Kempner who joined more than two decades ago. Yoseloff became sole head of the firm in 2020 after the retirement of Tom Kempner, who had led the business with Marvin Davidson since the 1980s.

Through a series of changes to the firm's governance rules, Yoseloff had been able to "parlay his minority interest to take effective control" and

ensure that the fund "operated like his personal fiefdom," Herzog alleged in court filings.

Davidson Kempner lacked proper risk management and compliance under Yoseloff, Herzog also alleged. There was a "prolonged lack of supervision" at the firm's distressed debt fund, which housed about $5 billion of assets, he claimed.

During a 2023 lunch at Cecconi's, an Italian restaurant in London known for being popular among hedge fund managers, Herzog outlined a number of complaints to Yoseloff. One was over Suzanne Gibbons, a partner at Davidson Kempner and head of research, who Herzog said had lost more than $500 million though there was no "accountability for this," according to the complaint.

Gibbons didn't respond to a request for comment.

Davidson Kempner was "one major redemption away from not being able to continue to operate, at least without significant cost cutting," Herzog told Yoseloff, according to the claim.

Read More: No-Drama Hedge Fund Davidson Kempner Closes In on $40 Billion

## Eventual Ousting

One of Herzog's allegations concerning poor fund management was around Yoseloff spending one day a week focused on his own family office – typically an investment firm created to manage family wealth. This posed a risk of conflicts of interest and also caused the CIO to divert his attention away from Davidson Kempner, Herzog claimed.

Herzog also criticized Davidson Kempner's decision to create an insurance business, which he said diverted resources away from its lucrative hedge funds to a "low-margin product." The firm attempted to distort how "deeply unprofitable" the insurance unit was, he alleged.

Yoseloff threatened to oust Herzog multiple times in response to his complaints, according to the allegations. At a meeting in January 2024, according to Herzog, the CIO said that he'd mulled over forcing him out during the Christmas period. He'd decided against it but warned that Herzog would have to "step into line," the ex-partner alleged in the filing.

Herzog claimed he decided to leave in late 2024. Instead of retiring with the benefits that he expected, he said he was forced to redeem his interest in the fund. Davidson Kempner has so far kept 10% of this redemption, which totals $80 million, he alleged.

Though Herzog repeatedly tried to voice concerns over the firm's management and operation to Yoseloff, "they had largely fallen on deaf ears or had been rejected out of hand and remained unresolved," Herzog's lawyers said in the filing.

*(Updates with latest AUM figures in fourth paragraph.)*



⬜ Save

Contact us:
**Provide news feedback or report an error**

Site feedback:
**Take our Survey** ⧉

Confidential tip?
**Send a tip to our reporters**

Before it's here, it's on the Bloomberg Terminal

Terms of Service    Do Not Sell or Share My Personal Information    Trademarks

Privacy Policy

Careers    Advertise    Ad Choices ▷    Help

©2026 Bloomberg L.P. All Rights Reserved.