# EXHIBIT P

Industries | Legal

# Davidson Kempner Drew UK Tax Scrutiny, Ex-Partner Claims



By <u>Donal Griffin</u>, <u>Jonathan Browning</u>, and <u>Lucca de Paoli</u>
July 24, 2026 at 9:40 AM EDT



> ✦ **Takeaways** by Bloomberg AI
>
> - Davidson Kempner Capital Management is among the firms to have drawn scrutiny from UK authorities over plans to cut partners' tax payments, according to allegations made by a former partner in a lawsuit.
> - HM Revenue & Customs has disputed Davidson Kempner's use of a "disguised salary" plan and another plan that cut partners' tax rate on profits to 28% from 51%, according to the allegations.
> - A spokesperson for Davidson Kempner denied the allegations, stating that the matter relates to HMRC's industry-wide enquiries into the tax treatment of a particular type of remuneration arrangement used by many asset management firms.

Davidson Kempner Capital Management, one of the world's biggest hedge funds, is among the firms to have drawn scrutiny from UK authorities as a result of plans that were introduced to cut partners' tax payments, a former partner alleged in a lawsuit.

<u>HM Revenue & Customs</u> has disputed Davidson Kempner's use of a so-called "disguised salary" plan that allowed the New York-based firm to avoid paying National Insurance taxes in the UK, according to allegations made in an employment lawsuit by Michael Herzog. HMRC also challenged another plan that cut partners' tax rate on profits to 28% from 51%, he claimed.

"HMRC ultimately disputed the schemes and continues to investigate the partners' tax income for the 2015/16 tax year," Herzog alleged in a UK employment dispute.

The UK, home to one of the world's biggest hubs for hedge funds in London, has probed the tax affairs of multiple investment firms in recent years. BlueCrest Capital Management lost two top court cases in recent years in relation to plans similar to those laid out in Herzog's claim while CQS UK LLP and Cheyne Capital Management have also faced scrutiny.

A spokesperson for Davidson Kempner denied Herzog's allegations.

"Davidson Kempner is not the subject of an HMRC investigation in relation to the matters raised in Michael Herzog's legal filings," the spokesperson said. "These allegations are false. The matter relates to HMRC's industry-wide enquiries into the tax treatment of a particular type of remuneration arrangement used by many asset management firms."

Herzog declined to comment. A spokesperson for HMRC also didn't comment.

Many hedge funds employed their staff as partners in order to reduce the overall tax burden. The rules were tightened in 2014 in order to crack down on "disguised salary" plans, but some funds continued to treat their workers as partners rather than as employees.

BlueCrest, which oversees the fortune of billionaire Michael Platt, lost a Supreme Court case over one of these plans earlier this month. The top court judges ruled that the firm's workers should be taxed at the normal income tax rate.

Herzog's allegation is among a series of claims that he's made against Davidson Kempner in a UK employment lawsuit. The filing was made public in related US court proceedings after Bloomberg petitioned to unseal certain documents.

Read More: Ousted Davidson Kempner Partner Claims He's Owed $80 Million

Herzog was one of the most senior figures at Davidson Kempner until he left last year, helping to build the firm's European business. In February, the

hedge fund told him that it had heard from HMRC about its investigation and that he faced a £9.2 million ($12.2 million) tax bill, according to his claim.

Herzog said Davidson Kempner has told HMRC that it is no longer acting on behalf of Herzog in the tax probe, which he alleged was a "petty act" that was "simply intended to make life as difficult as possible" for him. Chief Investment Officer Tony Yoseloff, whose leadership Herzog had criticized, was likely behind this decision, he alleged.

Lawyers for Davidson Kempner have rejected Herzog's allegations as lacking merit. Spokespeople for the firm have previously described his claims as a "classic case of sour grapes" and Yoseloff as "an individual of the highest integrity."

Workers at Davidson Kempner's European unit were designated as partners since that business was set up in 2004, Herzog alleged. This allowed the firm to reduce their exposure to National Insurance, a UK levy that helps fund the state pension and other benefits, he claimed.

Read More: BlueCrest Slams UK as Bad for Business After Top Court Tax Loss

Davidson Kempner operated a further plan in which partners would defer profit allocations so that they could be reinvested as a capital contribution to the partnership, Herzog alleged. The net effect was that the profits were taxed at a UK corporation tax rate of 28% instead of the top rate of personal tax of 51%.

BlueCrest also operated a similar plan and lost a tax tribunal case in 2023 appealing against HMRC's decision that the arrangement breached rules.



Save

Contact us:

**Provide news feedback or report an error**

Site feedback:

**Take our Survey** ☑

Confidential tip?

**Send a tip to our reporters**

Before it's here, it's on the **Bloomberg Terminal**

Terms of Service     Do Not Sell or Share My Personal Information     Trademarks

Privacy Policy

Careers     Advertise     Ad Choices ▷     Help

©2026 Bloomberg L.P. All Rights Reserved.