**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In Re Application Of<br><br>MICHAEL HERZOG<br><br>Petitioner, For An Order Pursuant To 28 U.S.C. § 1782 To Obtain Discovery For Use In A Foreign Proceeding | Case No. 1:26-mc-00159-VSB-OTW |

<u>**CERTIFICATE OF SERVICE**</u>

I, Alyssa L. Aubuchon, hereby certify and state that on July 29, 2026, I served a true and correct copy of the following documents on all counsel of record via electronic transmission in accordance with this Court's September 24, 2025 Standing Order regarding the service of sealed documents:

1. Declaration of Michael Herzog (Dkt. 42) filed under seal/with redactions.

Dated: July 30, 2026
      New York, NY

Respectfully submitted,

By: */s/ Alyssa L. Aubuchon*

Zachary D. Rosenbaum
zachary.rosenbaum@kobrekim.com
Alyssa L. Aubuchon
alyssa.aubuchon@kobrekim.com
KOBRE & KIM LLP
800 Third Avenue
New York, New York 10022
+1 212 488 1200

*Attorneys for Petitioner Michael Herzog*