PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

1285 Avenue of the Americas
New York, NY 10019-6064
+1 212 373 3000

**Gregory F. Laufer**
**Phone:** +1 212 373 3441
**Email:** glaufer@paulweiss.com

Brussels
Hong Kong
London
Los Angeles
San Francisco
Tokyo
Toronto
Washington, D.C.
Wilmington

**MEMO ENDORSED.**

September 29, 2026

**VIA ECF**

Honorable Ona T. Wang
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Courtroom 20D
New York, NY 10007-1312

Re: *In re Application of Michael Herzog*, Case No. 1:26-mc-00159 (VSB) (OTW)

Dear Judge Wang:

We represent Respondent Davidson Kempner Capital Management LP ("DK") in the above-referenced matter. Pursuant to Sections II(e) and II(b) of Your Honor's Individual Practices in Civil Cases, we respectfully request a 30-day extension of the deadlines for any motions for a protective order sought in accordance with the Court's August 20, 2026 Order, ECF No. 46.

The parties are conferring in good faith regarding the scope of Petitioner's subpoenas, but to date the conferral has covered fewer than half of the Petitioner's document requests, and we have not yet discussed search terms or deposition topics. Most recently, Petitioner's counsel indicated that they would circulate proposed search terms and custodians to facilitate further discussions, but did not provide this proposal for four days—we received it at 4:15 PM today—and appears to be substantially burdensome on its face, with several iterations of custodian universes and syntactically complicated and exceedingly long search strings per request. A 30-day extension will afford the parties an opportunity to narrow their disputes, reducing both the likelihood of serial extension requests and the number of issues requiring judicial intervention.

This is DK's first extension request, and no deadlines—in this proceeding or in the underlying UK action—will be affected. The preliminary hearing in the UK action remains more than a year away and trial is unlikely to occur before 2029. Petitioner's counsel has declined to consent to the requested 30-day extension because the subpoenas were filed alongside Petitioner's original application, and have agreed to an extension of 10 days. We respectfully submit that 10 days is insufficient to complete the outstanding conferral, particularly since the parties have yet to confer regarding the majority of the document requests, have yet to confer regarding any of the deposition topics; and four days have already elapsed waiting for Petitioner's proposed search terms, which

are burdensome on their face and will require further conferral. A 10-day extension would only necessitate further requests to the Court.

Accordingly, DK respectfully requests that the Court extend the deadline for any motions for a protective order from October 2, 2026 to November 2, 2026 and extend the deadline for any oppositions from October 9, 2026 to November 9, 2026.

Respectfully submitted,

*/s/ Gregory F. Laufer*
Gregory F. Laufer

The deadline for any motions for a protective order is extended to November 2, 2026, and any opposition is due October 9, 2026.

**SO ORDERED.**

Ona T. Wang September 30, 2026
U.S.M.J.