**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| MICHAEL HERZOG,<br><br>Plaintiff,<br><br>-against-<br><br>DAVIDSON KEMPNER CAPITAL MANAGEMENT LP,<br><br>Defendant. | : | 26-mc-0159 (VSB) (OTW)<br><br>**ORDER** |

**ONA T. WANG, United States Magistrate Judge:**

The Court will hold a status conference in this matter on **Thursday, November 12, 2026 at 11:30 a.m.** in Courtroom 20D, 500 Pearl Street, New York, NY 10007.

**SO ORDERED.**

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge

Dated: October 1, 2026
New York, New York