PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

1285 Avenue of the Americas
New York, NY 10019-6064
+1 212 373 3000

**Gregory F. Laufer**
**Direct Dial:** +1 212 373 3441
**Email:** glaufer@paulweiss.com

Brussels
Hong Kong
London
Los Angeles
San Francisco
Tokyo
Toronto
Washington, DC
Wilmington

November 11, 2026

**VIA ECF**

Honorable Ona T. Wang
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Courtroom 20D
New York, NY 10007-1312

***Re: In re Application of Michael Herzog, Case No. 1:26-mc-00159 (VSB) (OTW)***

Dear Judge Wang:

We represent Respondent Davidson Kempner Capital Management LP ("DK"). Pursuant to Sections II(b) and II(e) of Your Honor's Individual Practices in Civil Cases, we respectfully request a modest extension of the deadlines set forth in the Court's November 2, 2026 Order, ECF No. 54, as follows:

- The deadline to file any motion for a protective order is extended from November 13, 2026 to December 9, 2026.

- The deadline to file any opposition to a motion for a protective order is extended from November 20, 2026 to December 16, 2026.

DK requests this additional extension because the parties are actively negotiating the scope of discovery sought in Petitioner's Section 1782 application and have made substantial progress. The parties held a productive meet and confer on Monday, November 9, 2026, after which DK provided Petitioner's counsel with a written counterproposal. During that conferral, Petitioner's counsel stated that they would consider DK's questions and concerns regarding scope and respond with potential ways to clarify and narrow the requests. While certain issues remain open, DK is hopeful that the parties can resolve them without the Court's intervention.

The parties have not yet reached an impasse on any issue, and they have not yet conferred at all regarding the deposition subpoena. Requiring DK to move for a protective order now would force motion practice on disputes that may never ripen, at unnecessary expense to the parties and the Court. Moreover, the current November 13 deadline falls just one day after the November 12 status conference, leaving insufficient time to complete the parties' discussions. The requested

extension would permit the parties to finish conferring and, if any disputes remain, to present the Court with a single, focused motion.

DK sought Petitioner's position on this request. Petitioner's counsel stated that Petitioner does not consent, that Petitioner does not believe there is any basis for a protective order, and that Petitioner lacks sufficient information to evaluate the merits of the request. Petitioner's view of the merits of a potential motion is not a reason to require that motion to be filed while negotiations remain ongoing and the parties are actively attempting to reach agreement.

Accordingly, DK respectfully requests that the Court extend the deadline to file any motion for a protective order to December 9, 2026 and extend the deadline to file any opposition to December 16, 2026. This is DK's third request for an extension of these deadlines. The requested extension would not affect any other scheduled date, including the November 12 conference.

Respectfully submitted,

*/s/ Gregory F. Laufer*
Gregory F. Laufer

cc: All counsel of record (by ECF)