**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------x

MICHAEL HERZOG,

Petitioner,

-against-

DAVIDSON KEMPNER CAPITAL MANAGEMENT LP,

Respondent.

---------------------------------------------------------x

26-mc-0159 (VSB) (OTW)

**ORDER**

**ONA T. WANG, United States Magistrate Judge:**

The Court held a status conference in this matter on **November 12, 2026.**

Parties are directed to file a joint status letter on the last business Friday of each month, beginning on **December 18, 2026**. Joint status letters should detail which categories parties are working to narrow, whether agreement has been reached as to the scope of those categories, the status of parties' agreements on custodians and search terms, and whether parties anticipate any disputes.

Respondent's deadline to file a motion for a protective order is adjourned *sine die*. The Clerk is respectfully directed to close ECF 55.

**SO ORDERED.**

Dated: November 13, 2026
New York, New York

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge