**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| *In re Application of Michael Herzog* | ) | Case No. 1:26-mc-00159-VSB-OTW |
| | ) | Hon. Vernon S. Broderick<br>Hon. Ona T. Wang |

**NOTICE OF CHANGE OF ADDRESS**

PLEASE TAKE NOTICE that Paul, Weiss, Rifkind, Wharton & Garrison LLP has relocated its New York office to the following address as of November 16, 2026:

Paul, Weiss, Rifkind, Wharton & Garrison LLP
1345 Avenue of the Americas
New York, New York 10105-0302
(212) 373-3000

Please direct any hard copy service to us at our new address. The firm's address for each attorney has been updated in the PACER/ECF filing system.

Dated: New York, New York
November 19, 2026

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

By: /s/ Gregory F. Laufer
Gregory F. Laufer
Roberto Finzi
Phoebe H. King
1345 Avenue of the Americas
New York, New York 10105-0302
Tel: (212) 373-3000
Fax: (212) 757-3990
glaufer@paulweiss.com
rfinzi@paulweiss.com
pking@paulweiss.com

*Counsel for Respondent Davidson Kempner Capital Management LP*